John T. Jasnoch (CA 281605)
jjasnoch@scott-scott.com
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: 619-233-4565
Fax: 619-233-0508

*Attorney for Plaintiff and the Proposed Class*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAYLA BLACKSHER, Individually and on Behalf of All Others Similarly Situated, | Case No. |
| Plaintiff, | |
| v. | **SECURITIES CLASS ACTION COMPLAINT** |
| SAFEMOON LLC, SAFEMOON US, LLC, SAFEMOON CONNECT, LLC, TANO LLC, SAFEMOON LTD, SAFEMOON PROTOCOL LTD, SAFEMOON MEDIA GROUP LTD, BRADEN JOHN KARONY, JACK HAINES-DAVIES, RYAN ARRIAGA, SHAUN WITRIOL, HENRY "HANK" WYATT, THOMAS SMITH, KYLE NAGY, JAKE PAUL, NICK CARTER, DeANDRE CORTEZ WAY, BEN PHILLIPS, MILES PARKS McCOLLUM, and DANIEL M. KEEM, | DEMAND FOR JURY TRIAL |
| Defendants. | |

SECURITIES CLASS ACTION COMPLAINT

Plaintiff Kayla Blacksher ("Plaintiff"), individually and on behalf of all others similarly situated, brings this Securities Class Action Complaint ("Complaint") against Defendants SafeMoon LLC, SafeMoon US, LLC, SafeMoon Connect, LLC, Tano LLC, SafeMoon LTD, SafeMoon Protocol LTD, and SafeMoon Media Group LTD (collectively, "SafeMoon" or the "Company"), Jake Paul, Nick Carter, DeAndre Cortez Way, Ben Phillips, Miles Parks McCollum, and Daniel M. Keem (the "Promoter Defendants"), and Individual Defendants Shaun Witriol, Ryan Arriaga, Jack Haines-Davies, Henry "Hank" Wyatt, Thomas Smith, Kyle Nagy, and the Company's Chief Executive Officer, Braden John Karony (together with the Promotor Defendants and SafeMoon, the "Defendants").  The following allegations are based upon personal knowledge as to Plaintiff's own facts, upon investigation by Plaintiff's counsel, and upon information and belief where facts are solely in possession of Defendants.

## NATURE OF THE CASE

1.     Plaintiff brings this action on behalf of all investors who purchased SafeMoon tokens ("SAFEMOON Tokens") between March 8, 2021 and the time of filing this Complaint, and were damaged thereby.

2.     This case arises from a scheme among various unscrupulous individuals in the cryptocurrency sector to misleadingly promote and sell the digital asset associated with SafeMoon (the SAFEMOON Tokens) to unsuspecting investors.   The Company's executives, collaborating with several celebrity promotors, (a) made false or misleading statements to investors about SafeMoon through social media advertisements and other promotional activities, and (b) disguised their control over SafeMoon and a significant percent of the SAFEMOON Tokens that were available for public trading during the Class Period (the "Float").

3.     In furtherance of this scheme, Defendants touted the technological innovation of the Company's token and related cryptocurrency wallet, as well as the

SECURTIEIS CLASS ACTION COMPLAINT

1  ability for investors to make significant returns due to the favorable "tokenomics"
2  of the SAFEMOON Tokens.   In truth, Defendants marketed the SAFEMOON
3  Tokens to investors so that they could sell their portion of the Float for a profit.

4      4.      Defendants' strategy was a success.   The misleading promotions and
5  celebrity endorsements were able to artificially increase the interest in and price of
6  the SAFEMOON Tokens during the Class Period, causing investors to purchase
7  these losing investments at inflated prices.   Meanwhile, the Company's executives,
8  Karony and Haines-Davies, conspired with the Promoter Defendants to sell their
9  SAFEMOON Tokens to investors for a profit.

10     5.      Plaintiff brings this class action on behalf of herself and an objectively
11 identifiable class consisting of all investors who purchased SafeMoon's
12 SAFEMOON Tokens between March 8, 2021 and the time of filing this Complaint.

13                                   **PARTIES**

14 *Plaintiff*

15     6.      Plaintiff Kayla Blacksher is a resident and citizen of Texas, living in
16 Vidor, Texas.   Plaintiff purchased SAFEMOON Tokens and suffered investment
17 losses as a result of Defendants' conduct.

18 *Defendants*

19     7.      Defendant SafeMoon LLC is a privately held company with its
20 headquarters located at 364 N 500 E, Provo, UT 84606.

21     8.      Defendant SafeMoon US, LLC is a privately held company with its
22 headquarters located at 1022 W 2200 N. Pleasant Grove, UT 84062.

23     9.      Defendant SafeMoon Connect, LLC is a privately held company with
24 its headquarters located at 1022 W 2200 N. Pleasant Grove, UT 84062.

25     10.     Defendant Tano LLC is a privately held company with its headquarters
26 located at 1022 W 2200 N. Pleasant Grove, UT 84062.

27
28

SECURTIEIS CLASS ACTION COMPLAINT

11.     Defendant SafeMoon LTD is a privately held company that was incorporated on April 8, 2021, with its headquarters located at 20-22, Wenlock Road, London, England, N1 7GU.[1]

12.     Defendant SafeMoon Protocol LTD is a privately held company, that was incorporated on April 8, 2021 with its headquarters located at 20-22, Wenlock Road, London, England, N1 7GU.

13.     Defendant SafeMoon Media Group LTD is a privately held company, that was incorporated on June 28, 2021, with its headquarters located at The Terrace 5th Floor, 76 Wardour Street, London, United Kingdom, W1F 0UR.

14.     Defendant Braden John Karony ("Karony") is a resident and citizen of Utah, living in Provo, Utah.  Karony serves as the Company's CEO, and he exercised control over SafeMoon and directed and/or authorized, directly or indirectly, the sale and/or solicitations of SAFEMOON Tokens to the public.

15.     Defendant Jack Haines-Davies ("Haines-Davies") is a resident and citizen of the United Kingdom, living in London, England.  Haines-Davies serves as the Company's Chief Operating Officer ("COO").

16.     Defendant Ryan Arriaga ("Arriaga") is a resident and citizen of California, living in Elk Grove, California.  Arriaga has served as the Company Global Head of Products since July 2021.

---

[1]     The only listed director and shareholder for the SafeMoon entities in the United Kingdom is an Italian national, Castiliano Foini.  Publicly available information about Foini and the UK entities is limited.  However, a search of the UK's government's company information website indicates that a now-dissolved privately held company, Target Company Development Ltd (Company # 12420163), was located at the same address as the SafeMoon UK entities.  Notably, that company's only director and shareholder was Braden John Karony's mother, Jennifer Diane Karony ("Mrs. Karony).  Similarly, according to bankruptcy filings submitted by Mrs. Karony and her husband (Karony's father, Bradford J. Karony) in 2013, the Karony family home is listed as 364 N. 500 East Provo, UT 84606.  *See* Summary of Schedules – Amended, Schedule C – Property Claimed, Karony, 13-13777-BFK (E.D. Va. Oct. 8, 2012).  This is the same address for the SafeMoon LLC entity.  Upon information and belief, Karony, with the aid of his parents, set up the Company's corporate structure in a purposefully complex manner to hide the ownership interests in the various SafeMoon-affiliated entities in the U.S. and UK.

17.    Defendant Shaun Witriol ("Witriol") is a resident and citizen of California, living in San Diego, California.  Witriol served as a representative for the Company.

18.    Defendant Henry "Hank" Wyatt ("Wyatt") is a resident and citizen of Pennsylvania, living in Shippensburg, Pennsylvania.   Wyatt served as the Company's Chief Technology Officer and Vice President of Research and Development.

19.    Defendant Kyle Nagy ("Nagy") is a resident and citizen of Florida, living in Vero Beach, Florida.  Nagy was the founder of the Company and served as lead developer of the SAFEMOON Token.

20.    Defendant Thomas Smith ("Smith") is a resident and citizen of New Hampshire, living in Conway, New Hampshire.  Smith served as the Company's Chief Blockchain Officer.

21.    Defendants Karony, Nagy, Smith, Haines-Davies, Arriaga, and Witriol, and Wyatt are collectively referred to as the "Executive Defendants."

22.    Defendant Jake Paul ("Paul") is a resident and citizen of California, living in Calabasas, California.  Paul acted as a promotor for the Company and the SAFEMOON Tokens.

23.    Defendant Nick Carter ("Carter") is a resident and citizen of Nevada, living in Las Vegas, Nevada.  Carter acted as a promotor for the Company and the SAFEMOON Tokens.

24.    Defendant DeAndre "Souja Boy" Cortez Way ("Way") is a resident and citizen of California, living in Bell Canyon, California.  Way acted as a promotor for SafeMoon and the SAFEMOON Tokens.

25.    Defendant Ben Phillips ("Phillips") is a resident and citizen of the United Kingdom, living in Wales, United Kingdom.  Phillips acted as a promotor for the Company and the SAFEMOON Tokens.

SECURTIEIS CLASS ACTION COMPLAINT

26.   Defendant Miles "Lil Yachty" Parks McCollum ("McCollum") is a resident and citizen of Georgia, living in Smyrna, Georgia.  McCollum acted as a promotor for the Company and the SAFEMOON Tokens.

27.   Defendant Daniel M. Keem ("Keem") is a resident and citizen of New York, living in Buffalo, New York.  Keem acted as a promotor for the Company and the SAFEMOON Tokens.

28.   Defendants Paul, Carter, Way, Phillips, McCollum, and Keem are collectively referred to as the "Promotor Defendants."

## JURISDICTION AND VENUE

29.   The Court has jurisdiction over the subject matter of this action pursuant to §27 of the Exchange Act, 15 USC §78aa, §22 of the Securities Act, 15 U.S.C. §77(v), and 28 U.S.C. §1331.  This Court has supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. §1367.

30.   This Court may exercise jurisdiction over Defendants because they have continuous and systematic contacts with this District, do substantial business in this State and within this District, and engage in unlawful practices in this District as described in this Complaint, so as to subject themselves to personal jurisdiction in this District, thus rendering the exercise of jurisdiction by this Court proper and necessary.

31.   Venue is proper in this judicial District pursuant to 28 U.S.C. §1391(b) because certain Defendants live and/or conduct business in this District, therefore, a substantial part of the events or omissions giving rise to the claims alleged herein occurred in this District.

## FACTUAL ALLEGATIONS

### SafeMoon Background

32.   The SAFEMOON Token is a speculative digital token created in March 2021 by a group of cryptocurrency developers and investors, including, but not limited to, the Executive Defendants.

33.     A "token" is a financial product that is contractually based (via a "smart" contract) and is created and uploaded permanently to a given blockchain.[2] When investors purchase these products/contracts on a given blockchain, their expectation is that the general buying, selling, and exchanging of these tokens will function according to the terms of the original smart contract and in a manner similar to other tokens on the same blockchain.  Thus, when a token owner transfers assets from one wallet address to another new wallet address, on the same blockchain, the owner reasonably expects that those assets will actually be transferred to the new wallet address.  This expectation is much like an industry standard in that the same expectation applies to all current blockchains and tokens, not just the SafeMoon blockchain.

34.     The SAFEMOON Tokens in particular are blockchain-based digital assets known as "BEP-20 tokens" that are created using the Binance Smart Chain mainnet blockchain.  After a BEP-20 token is created, it can be traded, spent, or otherwise transacted with.

35.     The name "SafeMoon" is derived from the phrase, "Safely To The Moon," which suggests that the token is meant not to rise only but to rise safely.[3]

36.     In the beginning of 2021, Nagy began working as primary developer ("dev") of the SAFEMOON Tokens.  Shortly thereafter, Nagy recruited another developer, Thomas ("Papa") Smith, to assist in the development the SAFEMOON Tokens.  Together, Nagy and Smith wrote the code for SafeMoon smart contract and Protocol Deployer wallet that eventually launched the digital asset, SAFEMOON Token.  During this process, Nagy was able to disperse significant amounts of the

---

[2]     A "blockchain" refers to a decentralized, digital database that stores transactions and other forms of data.

[3]     Benjamin Godfrey, *What is SafeMoon and can the crypto newcomer reach the moon?*, FORKAST (Nov. 26, 2021), https://forkast.news/what-is-safemoon-crypto-can-it-reach-the-moon/.

SECURTIEIS CLASS ACTION COMPLAINT

1     SAFEMOON Tokens (worth hundreds of millions of dollars) to various undisclosed

2     wallets under his or Smith's control.[4]

3         37.     Nagy and Smith eventually met with Karony and Haines-Davies to

4     discuss a partnership for the sale of the SAFEMOON Tokens.  Nagy and Smith

5     would continue to work as the developers of the SAFEMOON Tokens, while Karony

6     and Haines-Davies would operate as the fledgling company's management and

7     marketing team.  Smith was also tasked with using his public profile to market the

8     SAFEMOON Tokens.  Nagy, however, purposefully chose to hide his identity,

9     operating publicly under the handle of "SafeMoonDev" instead.

10        38.     In the early days of the Company's formation in March 2021, Karony

11     held a meeting with Witriol wherein Witriol indicated his interest in being a part of

12     the SafeMoon team.  According to Witriol, at the end of the meeting, Karony

13     welcomed him onto the SafeMoon team, saying "You're in."[5]

14        39.     Witriol also publicly stated that he has been a part of SafeMoon since

15     "day one or day two."[6]  According to Karony, "There's individuals who took the risk

16     early on and acquired SAFEMOON Tokens and now they are reaping their benefit .

17     . . it's kinda like with Apple in the early days."[7]

18        40.     The Company's "core" team consisted of Karony, as the CEO; Haines-

19     Davies, as the COO; Wyatt, as the CTO; Smith, as the Chief Blockchain Officer;

20

21     [4]     These wallets are a part of a larger interconnected web of cryptocurrency

22     wallets that repeatedly interact with one another.  Upon information and belief, Nagy's deployer wallet is at the center of this web, and he transferred millions of

23     dollars-worth of SAFEMOON Tokens from his deployer wallet to these undisclosed wallets, for the purpose of selling the SAFEMOON Tokens later, as a part of the

24     scheme alleged herein.  *See* https://miro.com/app/board/o9J_lx5kv5k=/?MoveTo Widget=3074457363957861693&cot=14.

25     [5]     Witriol, *SafeMoon LIVE: Shaun Witriol ON BLOCKCHAIN, FUTURE, PRICE, AND MORE!*, YouTube (June 5, 2021), https://www.youtube.com/watch?

26     v=HBiY2SIQCqw.

      [6]     *Id*.

27     [7]     *FBI ties and Ponzi games – here's what SafeMoon doesn't want you to know*,

28     PROTOS (May 19, 2021), https://protos.com/safemoon-fbi-ties-ponzi-games-crypto-protocol-dave-portnoy-shill/.

1    Trevor Church, the Community Manager; Witriol, as a part of the online marketing

2    team (also with Smith and Haines-Davies); and Jacob Smith, as another developer.[8]

3        41.    On March 8, 2021, the Executive Defendants launched the

4    SAFEMOON Tokens with a transaction volume of $149,427 and a price of

5    $0.0000000004, according to data from CoinMarketCap.

6        42.    "SafeMoon deployed with 1 quadrillion tokens (15 zeroes) and

7    perpetually burns supply, alluding to rising scarcity. . . . [As of May 19, 2021],

8    there's roughly 584 trillion SAFE in circulation (after 223 trillion went to "devs"),

9    which means it's currently burning 2.9 trillion [SAFEMOON Tokens] per day on

10   average."[9]

11       43.    SAFEMOON Tokens were first made available to investors on a

12   decentralized cryptocurrency exchange, PancakeSwap.

13       44.    At the time of launch, and throughout the Class Period, the

14   SAFEMOON Tokens were sold pursuant to a three-page "whitepaper" titled,

15   "SafeMoon: A Deflationary Reflection Token with Automated Liquidity

16   Acquisition."[10]   Whitepapers in cryptocurrency are documents released by the

17   founders of the project that are supposed to give investors technical information

18   about its concept, and a roadmap for how it plans to grow and succeed, serving

19   essentially the same purpose as a registration statement.

20       45.    The SafeMoon whitepaper described, among other things, how the

21   favorable "tokenomics" for SAFEMOON Tokens "may afford far superior benefits"

22   to investors.

23       46.    First, the Company outlined its goal to "solve the problems of prior

24   cryptocurrencies including mining rewards, farming rewards, and liquidity

25

---

26   [8]    *Altcoin Overview: What is SafeMoon? And is it Actually a Safe Investment?*,
     MINTDICE (Nov. 11, 2021), https://mintdice.medium.com/altcoin-overview-what-
27   is-safemoon-and-is-it-actually-a-safe-investment-a8e23ea27b2c.

28   [9]    *Id.*
     [10]   https://safemoon.net/whitepaper.pdf (last visited Feb. 28, 2022).

SECURTIEIS CLASS ACTION COMPLAINT

provisioning" by providing "an easy alternative to mining rewards" in the form of "allowing users to participate in a smart contract token reflection to produce tokens inside their own wallet."   Additionally, the Company pointed to the challenge of "maintain[ing] liquidity on decentralized exchanges" and proposed "utilizing a smart contract function to automatically capture liquidity to be used on the decentralized exchanges and held in custody independent from user possession."

47.    Finally, the SafeMoon whitepaper makes the following statements about the burn of the SAFEMOON Tokens:

> [A] smart contract that provides the capability to burn tokens can promote scarcity by reducing the total supply.   Together, the combination of these tokenomics may afford far superior benefits for the community within the decentralized venue.   Allowing these functions to be amplified and dependent on volume provides an ideal incentive to expedite adoption and foster new use cases. . . .
>
> *        *        *
>
> In a decentralized smart chain environment, contract functions can be utilized to achieve token scarcity.   To do this, we propose also distributing rewards to the burn address, which is publicly verifiable for all participants to see.   We can then track the depreciating supply in real-time for added transparency.   In our effort to establish a baseline token burn rate, we find that these values are dependent on three important factors: reflection rate, token quantity, and market volume.   The rate of reflection rewards is proportional to the total supply in each holder's wallet address. [11]

48.    In plain terms, the Company's purported purposes are the same as any other company trying to sell its financial products to investors: offer dividend-like

---

[11]    *Id.*

SECURTIEIS CLASS ACTION COMPLAINT

1   "reflection" rewards for investors that hold the SAFEMOON Tokens (holders are
2   charged a transaction fee of about 5%, which is distributed among the SAFEMOON
3   Token holders); ensure that there is enough liquidity for SAFEMOON Tokens to be
4   traded on exchanges; and minimize dilution of the Company's market cap.
5   Furthermore, like other decentralized finance projects, the Company depends on:

6   > a liquidity pool to encourage holders to "stake" tokens to acquire more
7   > — similar to a bond that matures, but with a volatile crypto.   What
8   > SafeMoon claims to do differently is distribute what it calls "static
9   > rewards" to its now 2 million holders.  Static rewards push to alleviate
10  > downward sell pressure from earlier adopters, who are inclined to dump
11  > their tokens once yield falls.  SafeMoon's static rewards are, more or
12  > less, a system that penalizes buyers for anything but holding their
13  > tokens.  Anyone that sends SafeMoon to another wallet is "charged" a
14  > 10% fee — half is burned and the rest given to other holders.[12]

15  49.   On the Company's website, there is a "buying guide" section that shows
16  investors how to purchase the SAFEMOON Tokens in four steps.  Notably, only
17  steps one to three have actual instructions on the mechanics of acquiring
18  SAFEMOON Tokens.  Step four in its entirety states: "HODL! All that's left now is
19  to HODL and see your balance grow from reflections!"[13]

20  **The Pump – Defendants Lure Investors in with Misleading Promotions**

21  50.   The Executive Defendants actively recruited and retained the Promoter
22  Defendants to serve as the promotors of the SAFEMOON Tokens in March 2021
23  and beyond.

24  51.   As observed in the article *FBI ties and Ponzi games – here's what*
25  *SafeMoon doesn't want you to know*:

26

27  _____
28  [12]   *See* fn.7, *supra*.
    [13]   https://safemoon.net/buy (last visited Feb. 28 2022).

SECURTIEIS CLASS ACTION COMPLAINT

SafeMoon embodies meme token hype better than almost any crypto in history.   In just two months, SafeMoon has engineered $4 billion market value inflated by influencers like Jake Paul, [and] Soulja Boy. . . . But what SafeMoon resembles most is the **crypto-powered Ponzi games** once popular on Ethereum, like Proof-of-Weak Hands 3D (PoWH3D).

\*      \*      \*

These games — which are now bleeding into the Binance Smart Chain ecosystem — are designed to mimic real-life Ponzi schemes.  And so, just like the Ethereum-based Ponzi games that came before it — the earliest to buy SafeMoon *hypothetically* stands to make the most profit — but **only if they can lure enough players** to follow suit.[14]

52.    As discussed further below, the Company and the Executive Defendants repeatedly touted the "burn" and "tokenomics" of the SAFEMOON Tokens, as part of their marketing strategy.

53.    In fact, the fourth point in the SafeMoon whitepaper is dedicated to "Depreciating Supply & Burn Address."  The opening line of that section states: "In a decentralized smart chain environment, contract functions can be utilized to achieve token scarcity."[15]

54.    "SafeMoon's supply gimmick is integral to its value proposition: scarcity inflates as supply deflates, which implies value."[16]  However, the price of the SAFEMOON Tokens is "*determined by market demand* – exactly what makes celebrity endorsements so critical to SafeMoon's success."[17]

---

[14]    *See* fn.7, *supra*.
[15]    *See* fn.10, *supra*.
[16]    *See* fn.7, *supra*.
[17]    *Id*.

11
SECURTIEIS CLASS ACTION COMPLAINT

55.     Upon information and belief, all of the Promoter Defendants received SAFEMOON Tokens and/or other forms of consideration as part or all of their compensation for promoting SafeMoon.

56.     For example, a combined search of the Binance Blockchain Explorer ("BSCscan"),[18] the Ethereum Blockchain Explorer ("Etherscan"),[19] and the non-fungible token marketplace OpenSea shows that a wallet owned and controlled by Paul received approximately 50 billion SAFEMOON Tokens on March 26, 2021.

57.     In particular, a wallet owned and/or controlled by the SafeMoon deployer transferred 50.4 Billion SafeMoon to wallet address 0x4b7d7b on March 26, 2021.  The price of the tokens were approximately $0.0000003951 at the time.

58.     The following day, March 27, 2021, Paul (as discussed further below) posted a SafeMoon promotion to his personal Twitter account.  Paul promoted SafeMoon at least three more times between April and May.  Notably, in Paul's May 16, 2021 post promoting SafeMoon, he also mentions a new cryptocurrency he was promoting at the time: Yummy coin.

59.     On June 17, 2021, the 0x4b7d7b wallet used the decentralized exchange on the Binance Smart Chain, PancakeSwap, via a "Center.io" wallet, to swap over 48 Billion SAFEMOON Tokens to $190,314.35 USDC.  The difference between the 50.4 billion SAFEMOON Tokens and the swapped 48 billion SAFEMOON Tokens is due the Company's 10% tax since, unlike Karony, Paul's wallet was not exempt from fees.

60.     Four minutes later, the 0x4b7d7b wallet transferred the USDC to wallet address 0x28dfb.  A search for the 0x28dfb address on the OpenSea marketplace

---

[18]    BSCscan allows users to explore and search the Binance blockchain for transactions, wallet addresses, tokens, and prices.
[19]    Etherscan, does the same thing BSCscan except on the Ethereum blockchain.

SECURTIEIS CLASS ACTION COMPLAINT

reveals that this wallet belongs to "Problem Child." Paul is widely known by his "fight name," Problem Child.[20]

61.     On June 22, 2021, the Problem Child Wallet transferred 484,521.44 USDC to wallet address 0x37a3549. A review of the transactions in that wallet shows that the 0x37a3549 wallet has no use other than to hold the USDC. All other transactions are simply random token "airdrops" into the 0x37a3549. In other words, the inflow and outflow of the sum of USDC is the 0x37a3549 wallet's only purpose.

62.     On January 4, 2022, the 0x37a3549 wallet transferred the totality of the USDC holding to an exchange wallet.

63.     An examination of the other portion of the USDC in the 0x37a3549 wallet ($484,521.44 total USDC – $190,314.35 paid for Paul's SafeMoon promotions = $294.206.96 remaining) confirms that this wallet is under Paul's ownership/control. Approximately, $294,000 was provided by a separate wallet to the Problem Child wallet. The providing wallet, 0x3eaea6, gained its USDC value via a series of three swaps of YUMMY tokens in Center.io. These swaps occurred between June 16, 2021 and June 17, 2021. The YUMMY tokens were received between May 13-15 in five transfers. Paul first tweeted about YUMMY on May 16, 2021.[21]

64.     These complicated transactions demonstrate a pattern by which Paul, and other promotors including the Promoter Defendants, are given tokens as a payment for promotions, they go out and post about the token on social media, then turn around and sell the tokens for profit as investors buy in. The entire purpose of this paid promotion is for pumping and dumping the token based on the value created by the Promoter Defendantss' direct action.

---

[20]     https://www.essentiallysports.com/boxing-news-jake-paul-boxing-nickname -why-is-he-called-the-problem-child/ (last visited Feb. 28, 2022).

[21]     Paul   (@jakepaul),   Twitter   (May   16,   2021),   https://twitter.com/ jakepaul/status/1393967703598194692?s=20&t=veoX77 c74MdN5qdv4CfGKg.

SECURTIEIS CLASS ACTION COMPLAINT

65.     Each of the Promotor Defendants are sophisticated public figures with familiarity and experience with endorsement contracts.  Upon information and belief, they all received a similar disbursement of tokens from the SafeMoon deployer wallet and cashed out shortly after making engaging in their promotional activities in a similar manner to Paul.

66.     This is why Haines-Davies was a vital part of the Executive Defendants' plan for marketing the SAFEMOON Tokens.  Prior to joining the Company, Haines-Davies managed a UK-based YouTube celebrity, Ben Phillips, from 2017 until March 2021 (*i.e.*, the month that the SAFEMOON Tokens launched).  Upon information and belief, Haines-Davies leveraged the contacts and experience he gained from managing Phillips to recruit other celebrities to promote the SAFEMOON Tokens in exchange for a portion of the Float.  Of course, Phillips was also recruited by Haines-Davies to act as a promoter of the SAFEMOON Token.

67.     For example, on March 19, 2021, in a now-deleted post on his official Twitter account, Phillips feigned ignorance about SafeMoon (despite his manager Haines-Davies' personal connection as SafeMoon's COO) and asked his followers: "I keep seeing #SafeMoon everywhere anyone know about it?  Is it gonna pop?  Or . . . has it got Big #Doge energy."[22]  Phillips did not disclose his connection to the Company but instead sought to convince investors that the "buzz" about SafeMoon was organically created as opposed to manufactured by Defendants themselves.

68.     As the other Promoter Defendants were being recruited by Haines-Davies, the Company was making statements to investors about the "token burn" for SAFEMOON Tokens.  In particular, on March 21, 2021, the Company released a statement via its official Twitter account, stating that 841,685,253,836 SAFEMOON

---

[22]     *See*   https://www.reddit.com/r/SafeMoon/comments/m8mjpk/safemoon _ tweet_by_ben_phillips_benphillipsuk/ (last visited Feb. 28, 2022).

1  Tokens "have been burnt in the last 24 hours alone.  That's over 800 billion tokens
2  permanently removed from the circulating supply!"[23]

3  69.   Then on March 22, 2021, the Company announced that "over 1.1
4  trillion tokens [were] permanently removed from the circulating supply" and that
5  this amount of tokens were "burnt in the last 24 hours alone."[24]

6  70.   By stressing the "burn" of the SAFEMOON Token supply in a short
7  period of time, Karony signaled to investors that the value of SAFEMOON Token
8  would increase as more SAFEMOON Tokens are burned.

9  71.   Karony endorsed the Company's announcement on his personal Twitter
10  account that same day.[25]

11  72.   On March 23, 2021, Smith received a message from an investor, James
12  "Ginger," who was interested in joining the SafeMoon team as a moderator for the
13  Company's official Discord account.  Smith introduced Ginger to the Company's
14  Community Manager, Trevor Grant, and brought Ginger on board.

15  73.   Upon information and belief, around the same time, Wyatt, Ginger,
16  Trevor Grant and other SafeMoon social media moderators had a live-streamed
17  meeting on Discord.  In a recording of this meeting that was previously available on
18  YouTube, the group can be seen discussing how to hide their record logs and delete
19  their message history on Discord.  In particular, Grant advised the group that if they
20  deleted their account "then it would take 30 days for it to just vanish from their
21  servers."  The group then discusses whether or not their records would be subject to
22  disclosure, and Wyatt states "I doubt a subpoena is gonna pull up your deleted
23  messages."  One member of the group "x90" cautions the others that the Discord

---

24
25  [23]   @SafeMoon 2.0 🚀, Twitter (Mar. 21, 2021), https://t.co/pCeZQidEMi:
"Burn baby burn. 🔥🔥🔥."
26  [24]   @SafeMoon 2.0 🚀, Twitter (Mar. 22, 2021), https://t.co/tZ1kvS2Xdw: "Not
27  sure if this is what they meant when they said #SAFEMOON was fire . . . #Burna
#DeFi #BSC."
28  [25]   Re-tweet of *id.*, by Karony: https://twitter.com/safemoon/status/
1374045413834072070?cxt=HHwWjICtzcPBy5EmAAAA.

SECURTIEIS CLASS ACTION COMPLAINT

server would likely still save the messages and more importantly "you also gotta be careful because if they believe you delete out of intent to, ya know, hide evidence, that's at that point tampering with evidence."  Wyatt dismisses this warning and continues on: "No, if your deleting it before being subpoenaed, you're not deleting evidence of anything.  You're just fucking deleting your messages.  If he's not subpoenaed, and he deleted it before being subpoenaed then he's not hiding shit. . . he's using a feature on the software that they offer to everybody.  He's allowed to delete whatever the fuck he wants."  Wyatt goes on to state: "The funny thing is . . . I can delete all my messages with Safemoon Dev [ask Nagy] and Thomas [Smith] up until piggy wasn't a thing then I can just stop it.  Which is what I'll do."

74.     On March 25, 2021, on the SafeMoon official Reddit page, a previously recorded live stream AMA with Phillips was posted.  In that AMA, Phillips touts the growth of the SafeMoon community and favorably compares the SAFEMOON Tokens to other hot cryptocurrencies like Dogecoin.[26]  At the end of the clip, Phillips is "welcomed" to "the team" by Karony and Smith, and SafeMoon Community Manager, Trevor Church.[27]

75.     That same day in a now deleted post[28] on Twitter, Phillips promoted the SAFEMOON Tokens to his millions of followers:

> I've said it before I'm not a FINANCIAL ADVISOR but I do like moons and safe places #Safemoon 🔒🙂
>
> — Ben Phillips (@BenPhillipsUK) March 25, 2021

---

[26]     *A.M.A NEWS!! Ben Phillips has been added to the SAFEMOON team. So much great news in this live stream.  UPVOTE TO SHOW HIM SOME LOVE: SafeMoon*, REDDIT (Mar. 25, 2021), https://www.reddit.com/r/SafeMoon/comments/md6gew/ama_news_ben_phillips_has_been_added_to_the/.

[27]     *Id*.

[28]     This post was captured in the *FBI Ties and Ponzi Games* article.  *See* fn.7, *supra*.

SECURTIEIS CLASS ACTION COMPLAINT

76.     On March 27, 2021, social media influencer and boxer, Paul, published the following post[29] promoting SAFEMOON to his 4.1 million Twitter followers:



77.     That same day, Karony and Smith also republished the aforementioned Paul post on their personal Twitter accounts.[30]

78.     On March 29, 2021, musician, Miles "Lil Yachty" Parks McCollum, promoted SAFEMOON in a tweet that stated "#safemoonisthenewdogecoin."[31]  At the time, the referenced cryptocurrency token (Dogecoin) had a massive increase in the price of that token.  McCollum compared SAFEMOON Tokens to this other hot cryptocurrency in order to mislead investors into believing that SAFEMOON would similarly increase in price.

79.     Notably, Paul publicly endorsed McCollum's statement about the SAFEMOON Token's expected price increase by tweeting out "factssss" as a reply

---

[29]     Paul (@jakepaul), Twitter (Mar. 27, 2021), https://t.co/r9DCQG0pmQ: "Everyone needs #SAFEMOON or this will be you 📈."
[30]     *Id.*
[31]     McCollum (@lilyachty), Twitter (Mar. 29, 2021), https://twitter.com/lilyachty/status/1376669875918286848: #safemoonisthenewdogecoin 👀."

SECURTIEIS CLASS ACTION COMPLAINT

1  to McCollum's SafeMoon promotion.[32]  The SafeMoon twitter account also replied
2  positively to McCollum's post.[33]

3      80.    Likewise, Karony and Smith also promoted McCollum's post on their
4  personal Twitter accounts on March 29, 2021.[34]

5      81.    Two days later, on March 31, 2021, McCollum continued his
6  promotional activities for SafeMoon, repeating "#SAFEMOON" on this Twitter
7  account.[35]  Once again, Karony and Smith endorsed McCollum's March 31, 2021
8  tweet on their personal Twitter accounts.[36]

9      82.    That same day, Karony offered "Congrats to the winners!
10 #SAFEMOON" in reply to a now-deleted Twitter post from Ben Phillips.[37]

11     83.    Also on March 31, 2021, both the official SafeMoon Twitter account
12 and Karony's personal Twitter account promoted a post with a picture suggesting
13 that SAFEMOON Tokens were going up in price with the caption indicating that
14 this rise was "IMMINENT."[38]

15

16

17

---

18 [32]    Paul (@jakepaul), Twitter (Mar. 29, 2021), https://twitter.com/jakepaul/
   status/1376690168875339780: "@lilyachty factssss."
19 [33]    @SafeMoon 2.0 🚀, Twitter (Mar. 29, 2021), https://t.co/ 8SnqxKmuj7:
20 "@jakepaul @lilyachty."
   [34]    Karony (@CptHodl), Twitter (Mar. 29, 2021), https://twitter.com/CptHodl/
21 status/1376676389676519435?cxt=HHwWlsCwlb3495omAAAA:  "Hey  Hey!";
   McCollum (@lilyachty), Twitter (Mar. 29, 2021), https://twitter.com/lilyachty/
22 status/1376669875918286848?s=20&t=ag5TXmcQakZZcLhD4-Kn_w:
   "#safemoonisthenewdogecoin."
23 [35]    See, e.g., McCollum (@lilyachty), Twitter (Mar. 31, 2021), https://
   twitter.com/lilyachty/status/1377293537264418818:  "#SAFEMOON
24 #SAFEMOON #SAFEMOON."
25 [36]    McCollum (@lilyachty), Twitter (Mar. 31, 2021), https://twitter.com/
   lilyachty/status/1377293537264418818?s=20&t=ag5TXmcQakZZcLhD4-Kn_w:
26 "#SAFEMOON #SAFEMOON #SAFEMOON."
27 [37]    Karony (@CptHodl), Twitter (Mar. 31, 2021), https://twitter.com/CptHodl/
   status/1377401899050098688: "Congrats to the winners! #SAFEMOON."
28 [38]    See @SafeMoon 2.0 🚀, Twitter (Mar. 31, 2021), https://t.co/iSYlX4vdCA:
   "'"IMMINENT" #SAFEMOOM 🌕."

SECURTIEIS CLASS ACTION COMPLAINT

84. On April 2, 2021, McCollum again promoted SafeMoon to retail investors, stating in a Twitter post: "I told y'all safe moon was going up lol."[39]

85. That same day, Smith re-tweeted a SafeMoon promotion from YouTube influencer, Keemstar (*i.e.*, Defendant Keem).[40]

86. On April 3, 2021, SafeMoon announced on its Facebook page that it had "got" several celebrity promotors to work with the Company, including Paul and McCollum.[41]

87. That same day, the Company announced that 396 trillion SAFEMOON Tokens were "burnt" and "gone."[42] Karony reposted the token announcement on his personal Twitter account and noted in the caption that the supply of SAFEMOON Tokens would receive "continual burns" and that the price of the SAFEMOON Tokens was at an all-time high ("ATH") and would be going to the "moon" imminently.[43] In an apparent attempt to provide some type of disclaimer to these statements, Karony, in closing, stated: "Not financial advice, you do you."[44]

88. On April 4, 2021, the Company published the "Safemoon Road Map" for all four quarters of 2021 as four separate posts on its account on the social media platform, Instagram. These road maps for each quarter gave investors a false impression of the Company's future prospects.

---

[39] McCollum (@lilyachty), Twitter (Apr. 2, 2021), https://twitter.com/lilyachty/status/1378051154416963586?lang=en: "I told y'all safe moon was goin up lol."

[40] Keem (@KEEMSTAR), Twitter (Apr. 1, 2021), https://twitter.com/KEEMSTAR/status/1377848102162468864?s=20&t=ag5TXmcQakZZcLhD4-Kn_w.

[41] SafeMoon (@SafeMoonOfficial), Facebook (Apr. 3, 2021), https://www.facebook.com/101527008681710/posts/so-we-got-jake-paul-lil-yachty-keemstar-ben-phillips-and-tenille-dashwood-anyone/118723846962026/: "So we got Jake Paul, Lil Yachty, Keemstar, Ben Phillips . . . ."

[42] @SafeMoon 2.0 🔧, Twitter (Apr. 3, 2021), https://t.co/LJKCnIbrM8: "396,384,506,514,787 BURNT 🔥 GONE 🔥 #SAFEMOON."

[43] Karony (@CptHodl), Twitter (Apr. 3, 2021), https://twitter.com/CptHodl/status/1378383282832875523?cxt=HHwWhoC5md6SgKEmAAAA: "New ATH..Check. Continual burns..also check. Moon . . . #Imminent Not financial advice, you do you. #SafeMoon #FairLaunch #DeFi."

[44] *Id.*

---

SECURTIEIS CLASS ACTION COMPLAINT

89.     The caption to the Company's post about the first quarter's successes bragged: "Q1 Complete . . . Cough . . . we the best . . . cough."[45]  The post itself listed six accomplishments for Q1.   Significantly, the Company stated that its "marketing campaign" had begun.[46]

90.     In the post for the second quarter of 2021, there was a list of 16 action items that the Company was looking at for Q2.[47]  Most importantly, the Company stated that it intended to "complete" the SafeMoon wallet and "begin architecting" the SafeMoon exchange and related NFT exchange within the second quarter of 2021.[48]

91.     The post for the Company's Instagram post providing details about the third quarter of 2021 included eight action items.[49]  One of those items stated: "Finish NFT Exchange."[50]

92.     The first bullet point for the Company's post about the "SAFEMOON Road Map" for the fourth quarter of 2021 declared that the Company would "finish SafeMoon exchange."[51]

93.     In only nine days after the SafeMoon marketing campaign began in earnest, the promotion efforts of Paul and McCollum, along with those of the Company and Executive Defendants during the same time period, caused investors

---

[45]     @safemoonhq, Instagram (Apr. 4, 2021), https://www.instagram.com/p/CNPShnjn03i/?utm_source=ig_web_copy_link: "Q1 COMPLETE. . . . Cough . . . we the best . . . cough #SAFEMOON 🚀 🌕"

[46]     *Id.*

[47]     @safemoonhq, Instagram (Apr. 4, 2021), https://www.instagram.com/p/CNPScNDHbkB/?utm_source=ig_web_copy_link: "Q2 Currently working on this!  With your support anything possible."

[48]     *Id.*

[49]     @safemoonhq, Instagram (Apr. 4, 2021), https://www.instagram.com/p/CNPSNJOn4oH/?utm_source=ig_web_copy_link: "Q3 Now where cooking. 🚀 🔥 🌕."

[50]     *Id.*

[51]     @safemoonhq, Instagram (Apr. 4, 2021), https://www.instagram.com/p/CNPSJOLHKcC/?utm_source=ig_web_copy_link: "Q4 Who knows this might be merged into Q3 🚀 🌕."

SECURTIEIS CLASS ACTION COMPLAINT

to purchase SAFEMOON Tokens in droves and drastically increased the trading volume over those days.  For example, from March 27, 2021 to April 4, 2021, the trading volume leaped from $7 million to $68.7 million – a staggering 875% increase.

94.    Over the next 10 days, the trading volume for the SAFEMOON Tokens began to die down.  Despite the continued promotional activities by the Company and the Executive Defendants, the trading volume dropped from $43.9 million on April 5, 2021 to an interim low of only $8.9 million on April 15, 2021.

95.    On April 7, 2021, the official SafeMoon Twitter account posted a video from Karony, wherein he provided an update "on all our progress."[52]  In particular, Karony stated that SafeMoon was in the middle of a two-part process of creating its own cryptocurrency exchange.   The first part would be the creation of a SAFEMOON wallet.  Karony advised investors that the Company was working on a "designated wallet" which "would be a better place for you to hold your SAFEMOON [Tokens]."[53]  The second part would be for the Company to create the exchange itself.  According to Karony, the Company's developers were in the process of using the "most innovative" features for the exchange, including creating a sub-exchange for non-fungible tokens ("NFTs").[54]

96.    The following day, both the Company and Karony posted on social media that "400 TRILLION TOKENS BURNT GONE! NEVER COMING BACK."[55]

---

[52]    @SafeMoon 2.0 🚀, Twitter (Apr. 7, 2021), https://t.co/zB7NPJcfyx: "Update from our CEO @CptHodl as he talks over the next moves for #SAFEMOON future and current and touches on exciting projects in the works. 🚀🌕."

[53]    *Id*.

[54]    *Id*.

[55]    Karony (@CptHodl), Twitter (Apr. 8, 2021), https://t.co/yWNdDIMS3k: "400 Trillion!   Wow #SAFEMOON #FairLaunch #DeFi"; "400 TRILLION TOKENS BURNT GONE! NEVER COMING BACK 🔥 #SAFEMOON 🚀🌕."

97.     On April 10, 2021, the Company's Twitter account published the following post:[56]



98.     Karony replied to the Company's boastful post about how it planned to reveal SafeMoon's "boldest innovation yet" with a single word reference to "Cryptonomics," *i.e.*, the SAFEMOON Token's tokenomics.[57]

99.     Apparently realizing that the Company's ability to reach new and unsuspecting investors for the purpose of luring them into purchasing SAFEMOON Tokens was decreasing rapidly, the Executive Defendants went back to what worked previously: celebrity endorsements.  In an effort to inflate trading volume back up again, and ultimately facilitate the sale of their portion of the Float, the Executive Defendants and the Company went on to recruit new celebrities to act as promoters for the SAFEMOON Tokens.  These efforts were once again successful and would, in short order, exponentially increase the trading volume for the SAFEMOON Tokens.

100.   For example, on April 17, 2021, musician and producer, DeAndre "Souja Boy" Cortez Way, announced to his 5.4 million followers on Twitter that he

---

[56]     @SafeMoon 2.0 🚀, Twitter (Apr. 10, 2021), https://twitter.com/safemoon/status/1380886849850376194: "Tomorrow we reveal quite possibly our boldest innovation yet. A lot of you know #SAFEMOON Exchange has been our vision since the beginning, so we invite you to join our CEO as he discusses why this may be one of the biggest moves within crypto space to date."

[57]     Karony (@CptHodl), Twitter (Apr. 10, 2021), https://twitter.com/CptHodl/status/1380887019304411136?cxt=HHwWgICzybDb8qkmAAAA: """Cryptonomics.""

1    had a public address for SAFEMOON tokens.  Way has a dubious history when it

2    comes to is previous similar promotional activities.[58]

3         101.   That same day, musician and entertainer, Nick Carter, also used Twitter

4    to promote SAFEMOON Tokens to prospective investors, disseminating a video of

5    a rocket heading to the moon with the caption: "It's time for blastoff

6    #SAFEMOON."  Carter also photoshopped a picture of his face in the window of

7    the rocket, implying to investors that he is onboard with the SafeMoon "rocket."  At

8    the end of the video, it shows the number of SAFEMOON Tokens increasing from

9    "500k holders" to "500,001 holders," further indicating that Defendant Carter was

10   personally invested in the future of SafeMoon.[59]

11        102.   On April 18, 2021, SafeMoon representative, Witriol, bragged about

12   the Company's marketing success (of which he was a key contributor) specifically

13   in California.  In particular, Witriol posted a screenshot indicating that the hashtag

14   "#SAFEMOON" was "Trending in California" on Twitter with almost 99,000 posts.

15   In the accompanying message, Witriol, among other statements promoting

16   SAFEMOON Tokens in California, used the same misleading promotional phrase –

17   "#safemoonisthenewdogecoin – that McCollum had previously used to promote the

18   SAFEMOON Tokens.  The entire message[60] is as follows:

19

20

21

22   ---

     [58]    *See, e.g.*, Tarply Hitt, *Rapper Souja Boy Owns up to (Some of) His Wild*
23   *Scams: 'I Was Always Tricking People'*, DAILY BEAST (Sept. 18, 2019),
     https://www.thedailybeast.com/rapper-souja-boy-owns-up-to-some-of-his-wild-
24   scams-i-was-always-tricking-people (detailing Way's long history of misleading
     and "scamming" consumers).

25   [59]    Carter (@nickcarter), Twitter (Apr. 17, 2021), https://t.co/qpglKmX4HF:
     "It's time for blastoff 🚀 #SAFEMOON."
26
     [60]    Witriol (@ShaunWitriol), Twitter (Apr. 18, 2021), https://t.co/CfuLibxpLe:
27   "👀 #safemoon This is only in California!  Let's get this going across the 🌎!
     Together we can do it all!  You guys are amazing!  🚀 #safemoonfamily
28   #safemooncommunity #safemoonisthenewdogecoin #doge #bnb #binance #btc
     #bitcoin #cryptocurrency #usa #safemoonarmy."



103.   On April 18, 2021, Carter promoted the hashtag, "#SAFEMOON," on his Twitter account along with his song, "I'm Taking Off"[61] – an allusion of a rocketship taking the price of the SAFEMOON Tokens to the proverbial "moon." Smith reposted Carter's promotion that same day:[62]

104.   Two days later, on April 20, 2021, Way again promoted SafeMoon to his followers and potential investors on Twitter.[63] Way did not disclose any financial relationship or promotional payments that he received from SafeMoon.

105.   On April 21, 2021, the Company itself joined in the promotion of SAFEMOON Tokens, posting the proclamation on Twitter:[64]

---

[61]  Carter (@nickcarter), Twitter (Apr. 18, 2021), https://twitter.com/nickcarter/status/1383826194886402060?s=20&t=ag5TXmcQakZZcLhD4-Kn_w.

[62]  Smith (@papcthulu), Twitter (Apr. 18, 2021), https://twitter.com/papacthulu/with_replies?lang=en.

[63]  Way (@souljaboy), Twitter (Apr. 19, 2021), https://twitter.com/souljaboy/status/1384095418376613893?lang=en: "Safemoon."

[64]  @SafeMoon 2.0 🚀, Twitter (Apr. 21, 2021), https://twitter.com/safemoon/status/1384759982831374337: "Rome wasn't built in a day, #SAFEMOON was. 👀."

SECURTIEIS CLASS ACTION COMPLAINT



106.     The Company also posted, and Haines-Davies reposted on his personal Twitter account, the following message[65] downplaying the drop in the price of the SAFMOON Token from the preceding day and encouraging new retail investors to purchase SAFEMOON Tokens:

107.     On   April   22,   2021,   Witriol   again   promoted   the "#safemoonisthenewdogecoin" hashtag on his Twitter account, advising investors to not sell their SAFEMOON Tokens because the severe price drop that occurred that same day was "all a part of the process!  Sit back and relax!"[66]  Witriol's post then made reference to a 1990s rap song (with an attached clip of the music video for added emphasis) with a parody of the lyrics: "We #hodl they hatin' patrolling, trying to catch me ridin' dirty" in an apparent effort to (1) dismiss any legitimate criticisms of the Company or those involved in the project and (2) reassure investors and the "#SafeMoonCommunity"   that   the   SAFEMOON   Tokens   were   still   a   good

---

[65]     @SafeMoon 2.0 🚀, Twitter (Apr. 21, 2021), https://twitter.com/safemoon/status/1384897219137056780: "That wasn't a dip today . . . we went back to earth 🌍 for a bigger rocket 🚀 🌕 and more passengers 🧑‍🚀 #SAFEMOON."

[66]     Witriol   (@ShaunWitriol),   Twitter   (Apr.   22,   2021),   https://t.co/BcGzO7Vhwq: "Hey #SAFEMOON It's all a part of the process!  Sit back and relax!  "We #hodl they hatin' patrolling, trying to catch me ridin' dirty" 🚀 🔒 🌕 #SafeMoonCommunity   #safemoonarmy   #safemoonisthenewdogecoin   #BNB #BSC."

1  investment.   The following is the post in its entirety (with a still shot of the GIF that

2  Witriol attached to his post):[67]



3

4

5

6

7

8

9

10

11

12

13

14

15

16

17  108.   The trading volume for the SAFEMOON Token exploded as a result of

18  promotional activities of Way, Witriol, and Carter on Twitter and the Company's

19  announcements around the same time.  On April 17, 2021, the volume reached $17.5

20  million – approximately 70% higher than the previous day.[68]  On April 18, 2021

21  (*i.e.*, the same day that Witriol made statements about SAFEMOON's popularity in

22  California specifically) the trading volume jumped another 36% up to $23.9

23  million.[69]   Then on April 19th, that volume ***more than tripled***, reaching $68.8

24  million.[70]  Over the following three days, the Company's continued promotions

25

26  [67]      *Id.*

27  [68]      https://coinmarketcap.com/currencies/safemoon/historical-data/.

    [69]      *Id.*

28  [70]      *Id.*

1   pushed the trading volume for SAFEMOON Tokens exponentially higher.  On April

2   20, 2021, the volume jumped to $144.7 million, with it increasing further to $173.3

3   million on April 21, 2021 and then temporarily peaking at $191.6 million on April

4   22, 2021.

5        109.   Ultimately, the promotional efforts by the Company and Way, Witriol,

6   and Carter caused *a staggering 1,691% increase in trading volume* between April

7   16, 2021 and April 22, 2021.

8        110.   The day following this massive uptick in trading volume and interest in

9   the SAFEMOON Token, April 23, 2021, the Company sought to continue the

10   momentum and announced "NEW EXCHANGE ABOUT TO DROP! Hold on!"[71]

11   Karony later endorsed this post with a reply saying "Yes."[72]

12        111.   This promotion apparently worked.  On April 27, 2021, the Company

13   announced it had reached it had raised enough capital from investors to fund the

14   long-promised SafeMoon exchange.

15        112.   During the same time, on April 24, 2021, the Company quietly created

16   a second liquidity pool ("version two" or "V2") for the purpose of facilitating BNB

17   token and SafeMoon token swaps.

18        113.   On May 1, 2021, Karony advised SAFEMOON Token investors about

19   an "update" on the status of the SAFEMOON wallet.  Karony teased "all the

20   features" that were available on the wallet and promised to show the user interface

21   to investors.  Karony also gave a "new hint" about the wallet, namely that the wallet

22   was "a component of Operation Pheonix."[73]

23

24   [71]   @SafeMoon 2.0 🚀. Twitter (Apr. 23, 2021), https://twitter.com/safemoon/status/1385695682665881601?s=20&t=TiHysl-LrvOAIcJW4uBntQ.

25   [72]   Karony ((@CptHodl). Twitter (Apr. 23, 2021), https://twitter.com/CptHodl/status/1385696422889246728?s=20&t=TiHysl-LrvOAIcJW4uBntQ.

26

27   [73]   Karony (@CptHodl), Twitter (May 1, 2021), https://twitter.com/CptHodl/status/1388543343194484737?cxt=HHwWgsC55Yq0jMUmAAAA:   "Looking

28   forward to tomorrow's update on the wallet.  We cannot go into all the features, but

114.   In addition to using the celebrity power of the Promoter Defendants, the Executive Defendants sought to instill confidence in investors by pointing to an audit it had conducted from a Singapore-based company, CertiK.[74]  The audit report created by CertiK (the "CertiK report") on May 3, 2021, discovered that the Company's developers had built an "addLiquidity function" into the SafeMoon protocol to reward a single "_owner" address with significant sums of SAFE tokens over time.  According to the CertiK report: "As a result, overtime the _owner address will accumulate a significant portion of LP tokens" (worth approximately $2.6 billion in May 2021).[75]  "If the _owner is an EOA (Externally Owned Account), mishandling of its private key can have devastating consequences to the project as a whole."[76]

115.   As Jasper Lawler, head of research at London Capital Group to the Financial Post, noted in an article in the *International Business Times*, "The manual burns, alongside the [C]ompany having a pretty large stake in the [SAFEMOON Tokens], just speaks to me of a manipulation risk.  Whenever there's some sort of mechanism to stop selling, that's a bit of a warning sign."

116.   Another cryptocurrency blog described the problem with the manual burns as follows: "the creators [*i.e.*, the Executive Defendants] can choose to burn as much of the coin as they want, whenever they want, as this is basically like trusting the US government not to over inflate the currency.  Yes, they have the power to no over inflate the US dollar, but do they use it?  Not always.  See the problem?"[77]

---

we will be showing the UI to you.  New hint: the wallet is a component of Operation Pheonix.   #SAFEMOONARMY   #SAFEMOON   #Evolution": Smith (@papacthulu).   Twitter   (May   3,   2021).   https://twitter.com/papacthulu/status/1389320201699794951?s=20&t=ag5TXmcQakZZcLhD4-Kn_w.

[74]      https://www.certik.com/projects/safemoon.

[75]      *Id*.

[76]      *Id*.

[77]      *See* fn.8, *supra*.

117.   CertiK suggested that the project could mitigate that risk by assigning such privileged roles to multisig wallets, introducing a DAO, and even time-locking the centralized wallet.  The Company rejected this suggestion in CertiK and sought to downplay the possibility of any wrongdoing by the Executive Defendants: "Rug pulls or anything else is mitigated due to the fact that every member of SafeMoon would be subject to litigation and likely a swift prison sentence . . . outside of the law, our social lives would be in ruin."[78]

118.   On or about May 5, 2021, the Company, via its Reddit social media account, took in funds raised from "the community" to pay for multiple billboards that promoted the SAFEMOON Tokens as the "World's Fastest Growing Cryptrocurrency" with the "Fastest Growing Crypto Community on Earth."  The following picture was posted on the Company's Reddit account "r/SafeMoon":[79]



119.   On May 10, 2021, the Company's official Twitter account posted a video showing a different six-story billboard display with a SafeMoon advertisement

---

[78]   *See* fn.74, *supra*.

[79]   *SAFEMOON AT TIMES SQUARE, NEW YORK* 🚀 🚀 🚀, Reddit (May 5, 2021), https://www.reddit.com/r/SafeMoon/comments/n5bkvi/safemoon_at_times_square_new_york/.

SECURTIEIS CLASS ACTION COMPLAINT

with the caption: "#SAFEMOON has landed in Times Square!  Thanks to the community who raised the funds to make this possible, we are overwhelmed with the billboard action across the globe . . . the message is strong. #SAFEMOONARMY".[80]

120.   The trading volume of SAFEMOON Tokens saw a significant increase following the Company's promotional efforts, rising over 46% from $136.2 million on May 9, 2021 to $199.3 million on May 10, 2021.[81]

121.   On May 13, 2021, Paul promoted SAFEMOON Tokens in an exchange he had with Grammy award winning rapper Juicy J on Twitter:[82]



122.   Then on May 15, 2021, Paul bragged about his earlier promotion of the SAFEMOON Tokens:[83]

---

[80]   @SafeMoon 2.0 🚀, Twitter (May 10, 2021), https://t.co/yAb0i78OnG: "🚀 🌕 #SAFEMOON has landed in Times Square!  Thanks to the community who raised the funds to make this possible, we are overwhelmed with the billboard action across the globe . . . the message is strong. #SAFEMOONARMY."

[81]   *See* fn. 79, *supra.*

[82]   Paul (@jakepaul), Twitter (May 13, 2021), https://twitter.com/jakepaul/status/1392962577714528256?lang=en:  "@therealjuicyj YOU SAY NO TO SAFEMOON JUICY J CANT CANT CANT CANT."

[83]   Paul (@jakepaul), Twitter (May 15, 2021), https://twitter.com/jakepaul/status/1393719812547878913?lang=en.

123. On May 15, 2021, Phillips promoted the SAFEMOON Tokens in a now-deleted post on Twitter by bluntly stating, "YES I HOLD #SAFEMOON NO SHIT! I ALSO HOLD . . . . (not holding advice)."[84]

124. Paul's promotional activities created a corresponding increase in people trading the SAFEMOON Tokens. In particular, the trading volume of SAFEMOON Tokens that spiked as a result of the promotional efforts of both the Company and Paul went from $123 million on May 12, 2021 to $152.7 million on May 13, 2021 (+24%). Then, following a steep drop off in trading volume on the next trading day, Paul's May 15th tweet pumped the trading volume up again from $36.6 million on May 14, 2021 to $51.7 million on May 15, 2021 (*an increase of 41% from the previous day*).[85]

125. On May 16, 2021, Karony tweeted that the Company was preparing to start a new project called Operation Pheonix in the Gambia. According to Karony, the Company was in talks with the Gambia for government approval of SafeMoon.[86]

126. Upon information and belief, this entire trip to the Gambia was a farce orchestrated by Karony, with the assistance of his parents, to increase the perceived status of SafeMoon and increase the trading volume in SAFEMOON Tokens.

127. On or about May 20, 2021, Ginger resigned his moderator position with the Company in order to join on a separate cryptocurrency project that Smith, Wyatt, Church, and Nagy were working on: the Piggy Token. In particular, Ginger was invited to serve as the moderator for the soon-to-be-formed social media account for the Piggy Tokens. Ginger took the position and worked with Smith, Wyatt, and

---

[84] *See* fn.7, *supra*.

[85] *See* fn.83, *supra*.

[86] Karony (@CptHodl), Twitter (May 16, 2021), https://twitter.com/CptHodl/status/1394051218293538827?s=20&t=laqTdv. M2xWE4M69nsVxoRA: "There's so much excitement around Operation Pheonix. I wanted to recap that we are working to the ongoing conversations about SafeMoon in The Gambia."

SECURTIEIS CLASS ACTION COMPLAINT

1  Nagy for months before eventually leaving after accusing Smith and Nagy, in
2  particular, of defrauding Piggy Token investors (and himself).

3      128.   On May 22, 2021, an auditing company, HashEx, published an audit
4  report on the Company's smart contracts that was created for a SAFEMOON Token
5  investor (the "HashEx report").[87]  The stated purpose of the audit was to "identify
6  potential security issues with smart contracts" and "formally check the logic behind
7  given smart contracts."[88]  The HashEx report ultimately found the Company's smart
8  contracts had two "critical" and three "high" severity security issues/vulnerabilities
9  with the SAFEMOON Token that could be exploited for fraudulent purposes.  The
10  HashEx report defines an issue as critical "if it may cause unlimited losses or breaks
11  the workflow of the contract and could be easily triggered."  High severity issues are
12  defined as those that "may lead to limited losses or break interaction with users or
13  other contracts under very specific conditions."  One of the critical severity issues
14  that the HashEx report identified was related to SafeMoon's "Ownable contract."
15  Notably, as part of the analysis of this critical severity vulnerability, the HashEx
16  report disclosed that the SAFEMOON Token contract was merely a modified
17  version of another, publicly available Ownable contract from OpenZepplin.[89]

18      129.   Shortly after the HashEx report was released, Arriaga began working
19  on the Company's behalf.  While he officially joined the Company as its Global
20  Head of Products in July 2021, Arriaga had been operating as an undisclosed
21  promotor of the SAFEMOON Tokens prior to taking on this titled position.  Arriaga,

---

[87]     Polly Traore, *Safemoon smart contract audit report*, HASHEX (May 22, 2021),  https://blog.hashex.org/safemoon-smart-contract-audit-report-8e4b843a375d.
[88]     *Id*.
[89]     *Id*.

using "The Fud Hound" as a pseudonym,[90] worked as the *de facto* public relations/damage control officer for the Company since at least May 24, 2021.[91]

130.   Arriaga's primary job was to attack and discredit anyone publicly spreading fear, uncertainty, or doubt (aka "FUD") about the Company or the SAFEMOON Tokens.

131.   On May 24, 2021, Arriaga created "The FUD Hound" YouTube page and uploaded an approximately 30-minute video titled "Safemoon Reedemed! [sic]"[92]  The video's description also provided the following statement from Arriaga:

> Safemoon FUD is the newest desperation tactic that some YouTubers and opportunists are taking advantage of.  Many people who scream "Ponzi Scheme" or "Scam" before doing their own research are those that can easily be discredited for their lazy and half-baked analysis.  In this video is an example of such.
>
> Remember, there are YouTube opportunists everywhere, most will ride a trend or movement to which they know nothing about in order to get views and hopefully pick up some naïve subscribers along the way.  They care not about the damage and destruction they cause for they are only in the game for themselves.
>
> I expose these people for who they are.  Enjoy.

132.   In the *Safemoon Reedemed!*  Video, there are clips of videos from other YouTube channels warning young and naïve investors to stay away from projects like SafeMoon because it could be a scam and/or displays "Ponzi scheme" characteristics.  Arriaga cynically accuses these other video creators of manipulating

---

[90]   Upon information and belief, Arriaga also used the username "u/Influencer_CEO_Techy" as another alias to anonymously promote and hype the SAFEMOON Tokens to users on the social media platform, Reddit.

[91]   The Safemoon Hound (@TheFudHound), Twitter (May 24, 2021), https://twitter.com/TheFudHound/status/1396917364642385920?cxt=HHwWgMCswaS87OImAAAA: "Thank you 🙏."

[92]   The FUD Hound, *Safemoon Reedemed!*, YouTube (May 24, 2021), https://www.youtube.com/watch?v=ARuxp8Va0bw.

SECURTIEIS CLASS ACTION COMPLAINT

1   the emotions of investors and then proceeds to undermine those warnings in an effort

2   to maintain positive sentiment towards the Company and the SAFEMOON Tokens.

3       133.   The following day, the @TheFudHound Twitter account was created.

4   Arriaga uploaded his first video and immediately began threatening so-called

5   FUDsters.

6       134.   For example, in one of his later tweets on May 25, 2021, Arriaga stated

7   that   he   had   the   "Next   #SAFEMOON   FUDster   in   the   crosshairs.

8   #SAFEMOONARMY will love Expose #2.  The hound is on the scent, next video

9   will   be   even   better."    Arriaga   announced   that   "Project   #StoptheFUD   started

10  yesterday" and threatened potential naysayers: "We are #SafeMoonCommunity

11  think before you post misinfo because I won't hold back."

12      135.   On May 31, 2021, the Company posted a short video to its social media

13  accounts   generally   promoting   the   SafeMoon   "TOKENOMICS"   with   images

14  indicating that investors would be happy to receive the SafeMoon Reflections.[93]

15      136.   In another post that day, the Company continued its efforts to promote

16  SafeMoon's "tokenomics" to investors, announcing that "Another exchange has

17  enabled #SAFEMOON tokenomics."[94]

18      137.   Notably, throughout May and June 2021, as the price of the

19  SAFEMOON Tokens were near the all-time highs, Smith continued to sell off large

20  portions of his SAFEMOON Token holdings and/or slowly draining SafeMoon's

21  liquidity pool along with other Executive Defendants like Nagy and Karony.  In

22  particular, Smith sold at least over 80 billion of his pre-mined SAFEMOON Tokens

23  for 900 BNB over this time period.

24

25

---

26  [93]    @SafeMoon 2.0 🚀, Twitter (May 31, 2021), https://t.co/RXFOFdpZ2C:
    "TOKENOMICS 🚀 🟠 #SAFEMOON."

27  [94]    @SafeMoon 2.0 🚀, Twitter (May 312, 2021), https://t.co/NNKuwT3irY:

28  "ANOTHER   EXCHANGE   HAS   ENABLED   #SAFEMOON   TOKENOMICS.
    @bitbns."

SECURTIEIS CLASS ACTION COMPLAINT

138.   Upon information and belief, one of Smith's wallet addresses is 0x05d1C1 ("Smith Wallet 1").[95]   Using this wallet as a starting point, a BSCscan search of Smith's transactions from this wallet show a series of transfers to other undisclosed wallets under his control and/or ownership.

139.   For example, Smith Wallet 1 sent 100 Binance Coin ("BNB") – upon information and belief, these BNB tokens were either siphoned from the SafeMoon liquidity pool by Smith or a part of Smith's pre-sale SAFEMOON Tokens – to wallet address 0x05c02 ("Smith Wallet 2").[96] An hour later, Smith Wallet 2 transferred 99.99 BNB to a third wallet address that has received funds from Smith several times: 0x21d45.

140.   At the time of this filing, wallet address 0x05c02 has over $110 million in various Binance-pegged tokens – with almost $39 million in BNB alone.[97]   Much, if not all, of this money can be traced via the immutable blockchain back to Smith's conduct as a developer and selling of SAFEMOON Tokens.

141.   On June 1, 2021, the Company attempted to reassure SAFEMOON Token investors, after four consecutive days of decreasing trading volume and downward selling pressure had caused the price of the SAFEMOON Tokens to drop. In a play on investors' emotions and feelings of goodwill, the Company published a post on Twitter that stated, "No rug pulls here," above a picture of several puppies with photoshopped SafeMoon badges.[98]

---

[95]     https://bscscan.com/address/0x05d1c1defa31c257d3206f2af99aa16dbbf05 d46 (last visited Feb. 28, 2022).

[96]     https://bscscan.com/address/0x5c0c255516423b64b21e5a2c7aaa8ab6bf3d 0d91 (last visited Feb. 28, 2022).

[97]     https://bscscan.com/address/0x21d45650db732ce5df77685d6021d7d5d1d a807f (last visited Feb. 28, 2022).

[98]     @SafeMoon 2.0 🚀, Twitter (June 1, 2021), https://t.co/r4ZpbmEoME: " 🐶 #SAFEMOON SECURITY REPORTING FOR DUTY! 🚀🌕."

SECURTIEIS CLASS ACTION COMPLAINT

142.   On June 2, 2021, Arriaga published a video titled, "Hashex Safemoon Audit DEBUNKED," in response to the criticisms leveled in the Hashex report.[99]  In the caption to this video, Arriaga stated:

> Hashex audit on Safemoon exposed in this expose.  Is a SafeMoon Blockchain a possibility?  I analyze a little of who Hashex is as well as their independent critical audit finds that were publicized and used to discredit SafeMoon.  However, there are some holes in this logic as well as "who" Hashex is. ***While uncovering holes in the Hashex audit, I take you down the rabbit hole and reveal how SafeMoon has positioned itself to keep hold of its cards should they decide that a SafeMoon Blockchain is something to pursue.   SafeMoon is encountering FUD from all directions.   This may be due to the immense threat SafeMoon poses to those already in power positions in the Blockchain space.***

[Emphasis added.]

143.   In the video itself, Arriaga downplayed the findings of the Hashex report, calling it, among other things, a "cheap shot" and dismissing the audit's finding that there was a critical issue in the code for the SAFEMOON Token that could result in the liquidity pool being drained.

144.   Arriaga also stated that the Company had purposefully not "locked" the liquidity pool so that the Company would have the flexibility to deploy the capital within the liquidity pool to fund "innovative" projects instead of it being unavailable because it was locked up elsewhere.[100]

---

[99]   Arriaga, *Hashex Safemoon Audit DEBUNKED!*, YouTube (June 2, 2021), https://www.youtube.com/watch?v=rB1m7NiaekA.

[100]   This statement by Arriaga demonstrates that the Company's earlier social media posts about having two liquidity pools locked until 2025 were misleading and simply meant to trick investors who were worried about the ability of insiders like the Executive and Promoter Defendants to run off with their money into believing that their investments in SAFEMOON Tokens were safe.

SECURTIEIS CLASS ACTION COMPLAINT

145.   The promotional efforts of the Company and Arriaga were successful insomuch as trading volume rose approximately 40%, from $17.8 million on June 1, 2021, to $29.6 million on June 2, 2021.

146.   On June 3, 2021, the Company again promoted the "tokenomics" of the SAFEMOON Tokens and promised investors that "Holding is Rewarding."[101] Another Twitter post from the Company that same day indicated that investors needed to "HODL" since "WE'RE ALL IN THIS TOGETHER! #SAFEMOON."[102]

147.   The next day, the Company's Twitter account resumed its efforts to reassure investors and stabilize the trading volume of SAFEMOON Tokens.   In particular, the Company posted an animated video of a SafeMoon "FUD Monster" being revealed to be a rat that runs away when exposed.   The caption for this post states:   "FUD   MONSTER   IN   REALITY   .   .   .   #SAFEMOON #FAMILYNOTFUD."[103]

148.   On June 5, 2021, Witriol was interviewed on a question-and-answer video that was uploaded to YouTube.   During the interview, Witriol is identified as the "go to" person with the Company who knows "what's going on" with SafeMoon.[104]   Witriol also touted the "tokenomics" of the SAFEMOON Tokens and that there is "a lot to look forward to" with the Company.   He assured investors that there was a "low chance of a rug pull" because Karony would "lose his credentials" with the Department of Defense.[105]

149.   On June 6, 2021, the Company thanked SafeMoon investors and boasted that SafeMoon was poised to increase significantly in price: "Above all other

---

[101]   @SafeMoon 2.0 🚀, Twitter (June 3, 2021), https://t.co/6cvThDmJ2Y: "HOLDING IS REWARDING 🚀 🌕 #SAFEMOON."

[102]   @SafeMoon 2.0 🚀, Twitter (June 3, 2021), https://t.co/U1nYcRokGu.

[103]   @SafeMoon 2.0 🚀, Twitter (June 4, 2021), https://t.co/T9GHP81D87: "FUD MONSTER IN REALITY. . . 🐀 #SAFEMOON #FAMILYNOTFUD https://t.co/T9GHP81D87."

[104]   *See* fn.5, *supra*.

[105]   *Id.*

SECURTIEIS CLASS ACTION COMPLAINT

1    projects and tokens, SafeMoon has proved one thing . . . cryptocurrency may be

2    young but very much on route to the moon."[106]

3         150.   On June 7, 2021, Karony announced that the Company had "identified

4    glaring security gaps with a lot of wallet providers" and was in the process of

5    "integrating game changing encryption into the wallet."   Karony then

6    unambiguously declared that, "The SafeMoon wallet will be one of / if not the

7    strongest wallets on the market.  #SAFEMOON is the #Evolution!"[107]

8         151.   Karony went on to state that, "[w]e have come to the conclusion that

9    it's just better to do things yourself," indicating to investors that SafeMoon decided

10   to create its own wallet due to the vulnerabilities in existing cryptocurrency

11   wallets.[108]  Karony also alluded to the "crypto world" being "ironically archaic, and

12   toxic," and hinting that "someone" was copying SafeMoon while simultaneously

13   trying to "cyber bully and attack" Defendants.

14        152.   That same day, June 7th, Arriaga released another so-called exposé

15   video that attacks another YouTuber for warning investors that the SAFEMOON

16   Tokens were a "$500 million dollar scam" and generally "shilling FUD about well-

17   meaning companies" like SafeMoon.[109]

18

19   [106]    @SafeMoon 2.0 🚀, Twitter (June 6, 2021), https://twitter.com/safemoon/
20   status/1401617178638622724?s=20&t=4i0FP5_ox1QpuQ-AX5Otzw:  "To all our
     loyal HOLDERS!  Thank you . . . you have been there on our ups and our downs,
21   #SAFEMOON is a community. . . a family.  Above all other projects and tokens
     safemoon has proved one thing. . . cryptocurrency maybe young but very much on
22   route to the moon 🚀 🌕 ."

[107]    Karony (@CptHodl), Twitter (June 7, 2021), https://twitter.com/CptHodl
23   /status/1401904812409696257?s=20&t=0JHKaogN0eltPoTdU6K_6g:  "We also
     identified glaring security gaps with a lot of wallet providers.  We are integrating
24   game changing encryption into the wallet.  The SafeMoon wallet will be one of / if
     not the strongest wallets on the market.  #SAFEMOON is the #Evolution!"

25   [108]    Karony (@CptHodl), Twitter (June 7, 2021), https://twitter.com/CptHodl/
     status/1401909541105774598:  "We have come to the conclusion that it's just better
26   to do things yourself.  The crypto world is ironically archaic, and toxic.  Someone
     copies what you did, then repeatedly tries to cyber bully and attack you.  Stop.  When
27   one wins we all win.  Other tokens are not the enemy."

28   [109]    Arriaga, *Safemoon redeemed a 3rd time*, YouTube (June 7, 2021),
     https://www.youtube.com/watch?v=G8QJm6_aKgw.

153.   These various efforts by Arriaga at damage control allowed Defendants to increase and/or stabilize the trading volume for a short period of time.

154.   On June 11, 2021, Karony announced that he was "[h]appy to say [the SafeMoon team is] smashing out our internal deadlines."  Karony then hinted at imminent release dates for promised features for "the Wallet, exchange and more importantly Operation Pheonix."

155.   In another public post from the same day, the Company's official Twitter account bragged, "WE SAID WE'D BRING YOU A SHOW! THE #SAFEMOONWALLET IS JUST THE BEGINNING . . . ."[110]

156.   On June 13, 2021, Karony, in an apparent effort to have investors associate SAFEMOON with the popular cryptocurrency Dogecoin and its unofficial ambassador, Elon Musk, cited to the Company's Chief Blockchain Officer, Thomas Smith, and his being "involved with the Doge Coin x SpaceX partnership."[111]

157.   That same day, Arriaga released a purported exposé video titled, "Crypto Genesis spreads FUD about SafeMoon – DEBUNKED," wherein he again dismissed criticisms about SafeMoon as invalid "FUD" and threatened to expose anyone speaking negatively about the Company.[112]

158.   On June 21, 2021, Arriaga released his sixth and final video on *the FUD Hound YouTube* channel, which was titled, "Mat.t Wallace bashes Safemoon and

---

[110]   @SafeMoon 2.0 🚀, Twitter (June 7, 2021), https://twitter.com/safemoon/status/1403431640777510916?s=20&t=HSZFEiryLjHn9PrjFQP1xw:  "WE SAID WE'D BRING YOU A SHOW!  THE #SAFEMOONWALLET IS JUST THE BEGINNING. . . 🚀🌕."

[111]   Karony (@CptHodl), Twitter (June 13, 2021), https://twitter.com/CptHodl/status/1404104687566086149?cxt=HHwWioCzncXxsPwmAAAA: "We have no issues with Doge Coin.  Fun fact, the SafeMoon Chief Blockchain Officer was involved with the Doge Coin x SpaceX partnership.  So yes, you will be able to hold Doge on #SAFEMOONWALLET.   That's where I'll be holding mine. #SAFEMOON is the #Evolution!"

[112]   Arriaga, *Crypto Genesis spreads FUD about Safemoon – DEBUNKED*, YouTube (June 13, 2021), https://www.youtube.com/watch?v=zSbbt_JralU.

SECURTIEIS CLASS ACTION COMPLAINT

1   then gets destroyed!" with a laughing face emoji.[113]   In the caption to the video,

2   Arriaga claims that SafeMoon critic Matt Wallace's research was "lazy and

3   misleading."   Then, in an apparent attempt to persuade investors into ignoring

4   Wallace's warnings about the SAFEMOON Tokens, Arriaga attempted to whip up

5   a mob mentality within the SafeMoon community, by encouraging them to "witness

6   [Wallace] getting owned on a live-stream as he comes unprepared with zero facts"

7   and to "[w]atch this epic display of failure as this FUDster gets exposed."[114]

8        159.   In July 2021, Arriaga "officially" joined the Company as its Global

9   Head of Products.

10       160.   On July 14, 2021, Witriol participated in an "Ask Me Anything"

11   interview ("AMA") wherein he made numerous statements on behalf of the

12   Company.[115]   For example, in response to a question from a SAFEMOON Token

13   investor about the Company's prospects, Witriol stated that he was "more excited

14   now than when I joined the team" and that investors were "gonna like what you

15   hear" in the near future.[116]

16       161.   Witriol went on to declare that he was "[m]ore bullish now than I was

17   two weeks ago before I joined the team."[117]   This statement is at odds with Witriol's

18   earlier comments that he was with the Company since "day one or day two" when

19   he met with Karony.[118]   Upon information and belief, Witriol knew that his

20   statements about the Company's prospects and him only joining the Company "two

21   weeks ago" were false when he made them.   In particular, Witriol appears to have

[113]   Arriaga, *Matt Wallace bashes Safemoon and then gets destroyed!* 😂, YouTube (June 21, 2021), https://www.youtube.com/watch?v=z0qVSbwSnEc.
[114]   *Id.*
[115]   *SAFEMOON SHAUN WITRIOL TWITTER SPACES AMA (FULL) 7/14/21*, YouTube (July 15, 2021), https://www.youtube.com/watch?v=ow0M9bh1mNE.
[116]   *Id.*
[117]   *Id.*
[118]   *See* fn. 102, *supra.*

1  made the latter statement in an effort to distance himself from the Company and the
2  other Executive Defendants.

3      162.  Within a month of Witriol's AMA interview and in the final weeks
4  before the promised launch of the SafeMoon wallet (*i.e.*, August 2021), Witriol left
5  the Company.

6      163.  Around the same time, the price of SAFEMOON Tokens was dropping
7  precipitously due to immense downward selling pressure for large holders.
8  "SafeMoon has witnessed whales dumping in large proportions from June to July
9  2021."[119]  As reported in the *International Business Times* article, "*Mysterious*
10 *SafeMoon Investor Dumps 2.4 Trillion Coins, Value Falls 28% in the Day's Trade*,"
11 the value of the SAFEMOON Tokens dropped 28% on July 31, 2021 in "the largest
12 sell-off for July 2021," caused by a "domino effect of panic selling."  In response to
13 this, Phillips took to Twitter on August 2, 2021, to talk tough to the unknown whale
14 who sold the 2.4 Trillion SAFEMOON Tokens stating, "F***ING
15 IRRESPONSIBLE WHALE. . . I HOPE YOU GET HIT BY A BUS."[120]  Neither
16 the Company, nor the Executive Defendants denounced Phillips' statement or even
17 commented on it at all.

18     164.  The price and trading volume for the SAFEMOON Tokens began to
19 stabilize after the Company and the Executive Defendants began promoting the
20 scheduled SafeMoon wallet launch more aggressively in the lead up.

21
22
23
24

25 [119]    Vinod DSouza, *Crypto Influencer Ben Phillips Wishes Death to SafeMoon Whale: 'I Hope you Get Hit by a Bus,'*, INTERNATIONAL BUSINESS TIMES (Aug. 2,
26 2021),       https://www.ibtimes.sg/crypto-influencer-ben-phillips-wishes-death-safemoon-whale-i-hope-you-get-hit-by-bus-59293.

27 [120]    *See* Vinod DSouza, *Mysterious SafeMoon Investor Dumps 2.4 Trillion Coins, Value Falls 28% in the Day's Trade,'* INTERNATIONAL BUSINESS TIMES (July 31,
28 2021),    https://www.ibtimes.sg/mysterious-safemoon-investor-dumps-2-4-trillion-coins-value-falls-28-days-trade-59232.

SECURTIEIS CLASS ACTION COMPLAINT

165.   On August 14, 2021, the Company's Twitter account posted a minute-long video advertisement for the SafeMoon wallet.[121]  The video told investors that:

- "It's time to get serious about the SAFEMOON wallet"
- "We take intuitive design, and strive for perfection"
- "The future of trading is here"
- "Ease of use built for all"
- "Full Launch 28th of August"
- "Available on Android and iOS"

166.  Following the release of this commercial, ***trading volume for SAFEMOON Tokens almost quadrupled*** from $11.4 million on August 14, 2021 to $43.7 million on August 16, 2021.

167.   On August 20, 2021, Way touted the financial benefits of investing in SafeMoon (and SafeMoon-related services like the SAFEMOON Tokens?) to his Twitter followers, stating, among other things, that he was "getting paid out in @SafeMoon constantly. . . ."[122]

168.   The trading volume for SAFEMOON Tokens increased following Way's promotion, going from $14.6 million on August 19, 2021, to $20.8 million on August 20, 2021 (a 42% increase).[123]

169.   On August 19th and 24th of 2021, Karony stated, on his personal Twitter account, that he was "Looking forward to #SAFEMOONWALLET launch on August 28th!"[124]

---

[121]    @SafeMoon 2.0 🚀, Twitter (Aug. 14, 2021), https://t.co/atarzOUuX7: "THANK YOU FOR ALL THE SUPPORT ON THE JOURNEY TO THE #SAFEMOONWALLET LAUNCH 🚀🌕 COMING SOON AUGUST 28TH."

[122]    Way (@souljaboy), Twitter (Aug. 20, 2022), https://twitter.com/souljaboy/status/1428847986759462917?lang=en.

[123]    *Id*.

[124]    Karony (@CptHodl), Twitter (Aug. 24, 2021), https://t.co/m9CrVLGy9L: "1 million followers in under 6 months.  This is a huge achievement.  Looking forward to the #SAFEMOONWALLET launch on August 28th.  Let's evolve together! #SAFEMOON #SAFEMOONARMY"; *id*.: "Meetup at the billboard?  Looking

1    170.   The trading volume rose in the days leading up to the launch of the

2    SafeMoon wallet from $13.5 million on both August 19th and 24th up to $54.6

3    million on August 28th – an increase of over 300%.

4    171.   On August 28, 2021, the Company repeatedly announced on its social

5    media platforms that the launch of the SafeMoon wallet was scheduled for that day

6    at 4PM EST.  But when the moment for the launch arrived, the Company did not

7    release the SafeMoon wallet as previously promised.

8    172.   The Company released the following statement concerning the failed

9    release of the SafeMoon wallet:

10   Wallet Update

11   SAFEMOONARMY – Thank you for bearing with us!

12   We've experience unforeseen technical issues on launching all 3

13   products at the same time (website buy & swap, android wallet & IOS

14   wallet).

15   We're working around the clock to fix the issues and to ensure we give

16   you the quality experience you deserve.  So we can manage demand,

17   will be releasing each product in a staggered approach (one by one) –

18   starting with the website buy & swap function – today.

19   We apologise for the delay.  We hear all of you.  We can't wait to bring

20   you all home.[125]

21   173.   After two days without the promised release of the wallet function, the

22   Company disseminated a second announcement on August 30, 2021, regarding the

23   delay:

24   Wallet Update

25   What's the hold-up? #SAFEMOON

26

27   forward to #SAFEMOONWALLET launch on August 28th! #SAFEMOON is the #Evolution!"

28   [125]   @SafeMoon 2.0 🚀, Twitter (Aug. 28, 2021), https://twitter.com/ safemoon/status/1431737961796747267?s=20&t=asnTTweZ9AovC9VEdUFRwQ

43

1    Here's a #SAFEMOONWALLET update from CEO John Karony.

2    Hype and FUD to one side, here is more detail on what happened over

3    the last 48 hours:

4    As you know, we worked extensively towards the wallet launch on the

5    28th of August.  However, the technical issues experienced at 4:00PM

6    (BST) created unforeseen side effects that the product development

7    teams have been unable to resolve yet (for re-approval from Apple &

8    Google).  No reasons for an unsuccessful launch were bought [sic] to

9    my attention prior to 4PM, and for that I apologise as I promised you,

10   our community a product worth waiting for.  It's still coming, we just

11   have to wait a bit longer.  If I had been made aware of the issues now

12   known, the launch would not have gone ahead.

13   Our aim is to deliver the safest wallet on the planet – we won't launch

14   any product unless it's the best it could possibly be, for you.

15   We have all been working around the clock to address the technical

16   issues and have come to the conclusion that *we need to delay the wallet*

17   *launch.  I have been reassured by SAFEMOON's Global Head of*

18   *Product [i.e., Defendant Arriaga] that this will be fixed swiftly and*

19   *efficiently,* and we have the utmost confidence it will.

20   *All SAFEMOON staff are on hand to support the Global Head of*

21   *Product and make sure he has endless resources to deliver the wallet.*

22   The wallet launch is my utmost priority and I am committed to get you

23   an update as soon as I can.  We are all disappointed.  But our focus

24   remains on ensuring you get the wallet you deserve.

25   Thank you for your continued support and patience.  The wallet is

26   coming and it will be worth the wait.

27

28

1    We are family, we are SAFEMOON.[126]

2 [Emphasis added.]

3    174.  The price of the SAFEMOON Token, and its trading volume,

4 plummeted in the wake of the failed launch of the wallet.  The price went from a

5 high of $0.00000355 to a low of $0.0000014 (a 60.5% decrease).  The Company and

6 the Executive Defendants nevertheless continued to dangle the prospect of the wallet

7 out to investors in order to continue to unload more of their portion of the Float.

8    175.  On September 6, 2021, the Company's Twitter account reposted a tweet

9 from Arriaga, telling investors that "#SAFEMOONWALLET is imminent!"  In the

10 caption to this re-tweet, the Company credited this statement from Arriaga as being

11 from the "Dev himself"[127] (*i.e.*, the developer of the SafeMoon wallet).   Smith

12 reposted this announcement on his Twitter account, as well.[128]

13    176.  The trading volume of SAFEMOON Tokens once again spiked as a

14 result of the announcements by the Company itself and Arriaga, going from $12.5

15 million on September 5, 2021 (the day before the promotions about the SafeMoon

16 wallet) up to $38 million on September 10, 2021 – *a 200% increase in trading*

17 *volume*.

18    177.  On September 9, 2021, the Company's Chief Technology Officer,

19 Hank Wyatt, announced his resignation on Twitter.[129]  Following his departure,

20 Wyatt was interviewed about why the SafeMoon wallet failed to launch and the

21

22 [126]    @SafeMoon 2.0 🚀, Twitter (Aug. 30, 2021), https://t.co/0GGN7mFQIS:
"UPDATE ON THE #SAFEMOONWALLET 🚀 🌕 #SAFEMOON."

23 [127]    @SafeMoon 2.0 🚀, Twitter (Sept. 6, 2021), https://twitter.com/safemoon/
status/1434855369394800033?s=20&t=CTlBkiT2WMEr75TWa-S91A: "From the
24 Dev himself the #SAFEMOONWALLET is IMMINENT 🚀 🌕."

25 [128]    *Id*.

26 [129]    Wyatt (@Hankusun), Twitter (Sept. 9, 2021), https://twitter.com/Hankusun/
status/1436043090754744331?ref_src=twsrc%5Etfw%7Ctwcamp%5Etweetembed
%7Ctwterm%5E1436043090754744331%7Ctwgr%5E%7Ctwcon%5Es1_&ref_url
27 =https%3A%2F%2Fcryptoslate.com%2Fsafemoon-cto-resigns-fueling-rumors-of-
disquiet-within-the-company%2F: "Leaving my position on Safemoon was
28 definitely a difficult decision, the hardest I've ever had to make.  However, I'm
excited for the future and can't wait for the next chapter of my life to begin!"

1   reasons for his departure.[130]   According to Wyatt, the development team for the
2   SafeMoon wallet were hired by the "business leads not the developmental leads."

3      178.   Wyatt also explained how he found out about the SafeMoon project on
4   the social media platform Discord in the early days of the Company's formation.
5   Wyatt disclosed that two "old Safemoon moderators" that Wyatt "knew" –
6   apparently displeased with his departure from SafeMoon and, as a result, "set him
7   up" with "targeted questions" – had secretly recorded two conversations "without
8   [his] permission."[131]   Apparently feeling threatened with a forced exposure, Wyatt
9   admits to having invested $9,000 to join in the Company "in the beginning."   He
10  learned about it on Discord and "went with it."

11     179.   In the recording, Wyatt informs those on the call that his next project –
12  the  Piggy Token project, which included Smith and Nagy – would make all of those
13  insiders who had acquired the Piggy Tokens during a pre-sale event "filthy rich."[132]
14  Wyatt noted that with the Piggy Token, the creators would not be able to "rug" the
15  liquidity (*i.e.*, deplete the funds allocated to the liquidity pool), which was possible
16  with SafeMoon.[133]

17     180.   As for his work at the Company, Wyatt complained that he and Smith
18  "did not get to code anymore" in their respective roles as officers of the Company.[134]
19  Instead, according to Wyatt, as CTO, his job was to "manage things" which "didn't

20

21

22  ---
[130]   *HANK TALKS FUTURE OF SAFEMOON!  WHY HE QUIT, PIGGYBANK,*
23  *WALLET LAUNCH FAILURE, DDOS ATTACKS!*, COINMARKETBAG (Sept. 30,
    2021),        https://coinmarketbag.com/hank-talks-future-of-safemoon-why-he-quit-
    piggybank-wallet-launch-failure-ddos-attacks/.
24  [131]   *Id.*

25  [132] Henry Wyatt (@de_crypto_mole), Twitter (Sept. 12, 2021), https://twitter.com/
    de_crypto_mole/status/1436952213335707649?s=20&t=v5zpGnlvOvSFaBg23Sita
26  w: "Hank from @safemoon outing the entire team on Piggy.  This is sick and have
    taken advantage of the entire community. @PapasB0v @PapasB0y @LynnShelbyL
27  @NotLotusEater @Not_Ryan_Dunn @darrenrobinson."

    [133]   *Id.*
28  [134]   *Id.*

SECURTIEIS CLASS ACTION COMPLAINT

1  take that much time."[135]   Wyatt stated that Smith was only working "15 hours a
2  week" on SafeMoon; thus, the two of them could devote "80 hours" to the Piggy
3  Token and other non-SafeMoon projects.[136]

4        181.   Wyatt also explained that he and Smith also had all of the marketing
5  for Piggy Token completed, with several months-worth of social media posts already
6  created and ready to disseminate.[137]   One of the other individuals asked Wyatt if
7  these pre-fabricated media posts ("4 posts per day for the first two months were
8  already" done) were going to be spell checked.[138]   This question referenced the
9  announcement that SafeMoon had made regarding the "deliberately misspelled"
10 event "Project Pheonix." Wyatt responded by mocking the Company's marketing
11 errors, saying "Yeah, we don't have a dumb, fat brit doing it" this time – presumably
12 alluding to Phillips' hamfisted promotional activities with SafeMoon.[139]

13       182.   Wyatt went on threaten that it was in Karony's "best interest" to pay
14 Wyatt a $3 million severance package.[140]   Wyatt stated that he had the "keys" to the
15 Company's Discord account, so "if John wants to get spooky" and not pay the
16 severance, Wyatt could "just rename it," "delete every channel," and reroute
17 individuals looking for SafeMoon to the Piggy token webpage instead.[141]   Wyatt
18 claimed to be "forcing [Karony's] hand" because Wyatt claimed to have ownership
19 rights over "everything," including the Company's official Twitter account and,
20 more importantly, the Company's domain name and website.[142]   Wyatt joked that

21

22

---

23  [135]    *Id.*
24  [136]    *Id.*
25  [137]    *Id.*
     [138]    *Id.*
26  [139]    *Id.*
27  [140]    *Id.*
     [141]    *Id.*
28  [142]    *Id.*

Karony could "his paperweight or he can pay be fair wages."[143] Wyatt disclosed his purpose for seeking the million-dollar payout from SafeMoon: "I want my house" and that he wanted the severance to cover the $500,000 he was planning on investing in the Piggy token project.[144]

183.   In an interview with Wyatt, after the audio recordings were threatened to be leaked online, Wyatt attempted to some damage control with respect to his recorded statements.  Wyatt claimed the recording showed him making a comment about how he was displeased with SafeMoon because he "didn't get a raise" and "didn't want to work weekends."  After admitting this during the interview, Wyatt later expresses frustration at the amount of work that he was supposed to do at the Company and, in particular, with respect to the SafeMoon wallet.  In response to a question on whether he left because it was too much work for him, Wyatt stated that he had been "dedicating all of his time at SafeMoon and didn't want to do it anymore. I had done it for six months.  That was enough for [him]."  Later in the interview, Wyatt said that he "felt undervalued" by the Company.[145]

184.   Wyatt later admitted that he sold a "decent amount" of his SAFEMOON Tokens "120 something days ago."  He further disclosed that he did not gain his SAFEMOON Token holdings from working at the Company, but rather that he acquired them through his own money and being "gifted some Safemoon from friends."  With the interview taking place on or about September 30, 2021, this would place Wyatt's SAFEMOON Tokens sales around late May/early June of 2021.  As the following chart show,[146] this would be around the same time that the price of SAFEMON Tokens was rebounding briefly before plunging down further:

---

[143]    *Id*.
[144]    *Id*.
[145]    *See* fn.130, *supra*.
[146]    https://coinmarketcap.com/currencies/safemoon/ (last visited Feb. 16, 2022).

SECURTIEIS CLASS ACTION COMPLAINT





185.   Upon information and belief, Wyatt knew or should have known that the SafeMoon wallet launch would not be occurring within the timeframe the Company announced and because of this, sold his SAFEMOON Tokens to unsuspecting investors before the further delays for the wallet launch were uncovered and the price of the SAFEMOON Tokens took a corresponding hit.

186.   The day after Wyatt announced his resignation, on September 10, 2021, the Company released the following announcement[147] that Haines-Davies was also stepping down from his position as COO and would be leaving SafeMoon:



**John Karony**
@CptHodl

We wish you well

---

[147]   Karony (@CptHodl), Twitter (Sept. 10, 2021), https://t.co/7Cz562GkgC: "We wish you well."

SECURTIEIS CLASS ACTION COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14



187.   The cryptocurrency news blogs speculated that, because the Company did not give any details as to the circumstances behind Defendant Haines-Davies' departure and given the time of his resignation, the reason Haines-Davies left the Company was due to its failure to deliver the SafeMoon wallet on the promised schedule.[148]  Haines-Davies' Twitter profile timeline appears to confirm this.  On August 30, 2021, Haines-Davies reposted the Company's wallet update message regarding the "hold up" with delivering the wallet when promised.  Haines-Davies' next post was his September 10, 2021 announcement that he was leaving the Company.[149]  In that post, Haines-Davies stressed that he needed to "remove" himself from "toxic environments."

---

[148]   *Jack Haines, COO and Co-founder of SafeMoon Dumped the Project*, NaijaBlog (Sept. 10, 2021), https://naijablog.ng/2021/09/10/jack-haines-coo-and-co-founder-of-safemoon-dumped-the-project/.

[149]   Haines-Davies (@jackhainesuk), Twitter (Sept. 10, 2021): "Dear #SAFEMOON https://t.co/eU64JoF9cI" / Twitter.

SECURTIEIS CLASS ACTION COMPLAINT

188. An article in the International Business Times titled *SafeMoon Developers Flee at Slightest Sign of Trouble, Top Honchos Resign over Wallet Fiasco* questions Defendant Haines for "flee[ing] at the slightest trouble instead of working towards correcting the missteps of SafeMoon" and whether he "was unable to handle work pressure for just six months as the COO of SafeMoon. . . ."[150]  The article further observed:

> When a company fails to deliver on a product and announces "technical issues" hours before the release while marketing the same product on billboards for weeks using investors money; the top heads are most likely asked to resign and the same has happened with SafeMoon. Along with Haines, Wyatt, a software engineer of the company, also resigned the same day.[151]

189. The price of the SAFEMOON Tokens dropped after this announcement, going from a close of $0.000000153 on September 9, 2021 to the low for the day of $0.00000119 on September 10, 2021.

190. In the wake of Haines-Davies' departure, other executives at the Company left under similar circumstances.

191. For example, on September 10, 2021, Smith, in an apparent response to the string of high-profile departures from the Company, stated on his personal Twitter account: "THE SHOW GOES ON."[152]  That same day, Smith posted a clip from the movie "The Wolf of Wall Street," wherein the main character defiantly announces, "I'm not leaving."[153]

---

[150]  Vinod Dsouza, *SafeMoon Developers Flee at Slightest Sign of Trouble, Top Honchos Resign over Wallet Fiasco*, INTERNATIONAL BUSINESS TIMES (Nov. 8, 2021),  https://www.ibtimes.sg/safemoon-developers-flee-slightest-sign-trouble-top-honchos-resign-over-wallet-fiasco-60161.

[151]  *Id.*

[152]  Smith (@papacthulu), Twitter (Sept. 10, 2021), https://twitter.com/papacthulu/status/1436324460903243778?s=20&t=WJt3_7ruyHQtbxm2OykCHQ.

[153]  Smith (@papacthulu), Twitter (Sept. 10, 2021), https://twitter.com/papacthulu/status/1436324040650760195?s=20&t=WJt3_7ruyHQtbxm2OykCHQ.

192.   On September 11, 2021, Ginger posted a message on Twitter to the SafeMoon community: "#SAFEMOONARMY what if I told you your wallet was delayed because some of your devs were distracted making their own? What if it was a wallet that directly competed with Safemoon? He can't leave Safemoon if he mentally checked out months ago.  #followthewallets"[154]  Upon information and belief, Ginger was referencing Smith here and Smith's failure to complete the SafeMoon wallet on time, due to his being too busy working on the Piggy token.

193.   On November 5, 2021, Smith issued a statement on his personal Twitter account: "Bullish on the team, I love working @safemoon."[155]  Karony publicly replied to this message with a GIF image signifying agreement and the power of brotherhood.[156]  Just under three weeks later, Karony announced that Smith was leaving the Company.[157]

194.   Around the same time that numerous Company executives were abandoning SafeMoon rocketship, Karony made the following statement about the Company's identity as a cryptocurrency project on the SafeMoon account on Discord: "SafeMoon is NOT token project.  We are a tech company, that uses SafeMoon as the connecting agent in our ecosystem."[158]  Karony followed that post, clarifying that SafeMoon as a "blockchain innovation company."[159]

---

[154]   Ginger (@TheGingerRBTC), Twitter (Sept. 11, 2021), https://twitter.com/TheGingerRBTC/status/1436865402831732738?s=20&t=A9Z3BOmDCPm1XRascXTqPQ.

[155]   Smith (@papacthulu), Twitter (Nov. 5, 2021), https://twitter.com/papacthulu/status/1456818387322036230?s=20&t=G-394qt2e5FNZ9F6fecquw: "Bullish on the team, I love working at @safemoon."

[156]   Karony (@CptHodl), Twitter (Nov. 5, 2021), https://t.co/96OYsVD1TJ.

[157]   Karony (@CptHodl), Twitter (Nov. 23, 2021), https://twitter.com/CptHodl/status/1463150393160990725?s=20&t=trjCS8pVW1C-M1f6iksEqw.

[158]   A screenshot of Karony's statements from his Discord account was uploaded on the SafeMoonInvesting subreddit account and can be found at: https://www.reddit.com/r/SafeMoonInvesting/comments/sxsggw/blockchain_innovation_company/.

[159]   *Id.*

SECURTIEIS CLASS ACTION COMPLAINT

195.  On November 22, 2021, the Company's official Twitter account promoted the We're All Gonna Make It coin" ("WAGMI") – a highly speculative digital asset (similar to Dogecoin) that was trending at the time.[160]

196.  Way again promoted SafeMoon's activities, warning investors: "Safemoon just tweeted about WAGMI.  Don't miss the rocket."[161]

197.  In the following weeks, the price and trading volume of the SAFEMOON Tokens continued to fall despite the promotional efforts of Defendants.  Something else had to be done to keep the funding in the liquidity pool and ill-gotten gains in Defendants' wallets.

**Outright Theft Under the Veneer of a Token Swap**

198.  Not satisfied with the ill-gotten profits they already made throughout 2021 from their SAFEMOON Tokens sales, the Executive Defendants, in particular, Karony, shifted to a different way to fleece their investors: the hard fork scam.

199.  The hard fork scam is fairly straightforward despite the technological jargon.  The term "hard fork" as it relates to blockchain technology describes a "radical change to a network's protocol" and "requires all nodes or users to upgrade to the latest version of the protocol software."[162]  Essentially, with a hard fork, the blockchain will no longer proceed in one line, but rather it will have two branches: one that follows the previous protocol and one that follows the new version. "Generally, after a short time, those on the old chain will realize that their version of the blockchain is outdated or irrelevant and quickly upgrade to the latest version."[163]

---

[160]    @SafeMoon 2.0 🚀, Twitter (Nov. 22, 2021), https://twitter.com/safemoon/status/1461460219251380229?s=20&t=mwc81B1H_z3uloVjS68mcw: "WAGMI."

[161]    Way (@souljaboy), Twitter (Nov. 22, 2021), https://twitter.com/souljaboy/status/1462956016388083713?lang=en.

[162]    Jake Frankenfield, *Hard Fork (Blockchain)*, INVESTOPEDIA (June 24, 2021), https://www.investopedia.com/terms/h/hard-fork.asp#:~:text=What%20Is% 20a%20Hard%20Fork,version%20of%20the%20protocol%20software.

[163]    *Id.*

200.   "The scammer only makes money with the hard fork scam if lots of people hear about it, so they trick people into spreading their scam by promising them additional free coins from the fork."[164]  Those behind the scam will also require people to join the project's various social media accounts, "which makes it look like there is more active community behind the project than there really is."[165]  Those following these directives for the purpose of receiving additional tokens for "free" do not know the actual value of these coins until after launch.

201.   While this first phase of a hard fork scam resembles a kind of pump and dump scheme wherein the scammer artificially inflates the price and volume in order to sell of their pre-sale holdings, the second phase is more akin to outright theft.  Usually, the scammer will assure everyone that they can use their own wallets to be able to claim the hard fork, but they cannot hold the coins on an exchange.  This is "setting up for a sleight of hand later which is designed to steal your secret keys" to open your wallets and steal the tokens within.[166]

202.   As the name emphasizes, the private keys to an investor's cryptocurrency wallet are meant to be kept "secret."  These keys are the final failsafe against theft of one's cryptocurrency.  "Most people are used to operating in the context where if a password is compromised, even for a bank account, usually the damage is at least somewhat reversible.  Crypto is different: if you share your private keys, you lose ***everything***.  There is no recourse for getting back your stolen bitcoin, ether, or other tokens."[167]  This is a foundational truism for investing in digital assets,

---

[164]   StellarGuard, *Anatomy of a Stellar Scam: The Hard Fork*, MEDIUM (Dec. 8, 2018), https://medium.com/stellar-community/anatomy-of-a-stellar-scam-the-hard-fork-4ac89808fd38.

[165]   *Id*.

[166]   *Id*.

[167]   Dan Elitzer, *Opinion – Friends Don't Let Friends Do Bad Crypto*, COINDESK (Nov. 17, 2017), https://www.coindesk.com/markets/2017/11/17/friends-dont-let-friends-do-bad-crypto/.

and given its vital importance, many in the crypto community believe that the "first rule of crypto" is to "never, ever, EVER share your private key."[168]

203.   On December 12, 2021, Karony posted the following message on his personal Twitter account: "Shoutout to our brilliant community, the product team and all #SAFEMOON employees for all the hard work these past 9 months, looking forward to the next 9 of evolution.   Always out front!   #SAFEMOONV2 is the #Evolution."   Karony also posted some frequently asked questions about the V2 Migration and provided answers on the Company's behalf.[169]

204.   That same day, a developer by the name of SafeMoon LLC (the same name as one of the SafeMoon entities that was quietly created by Karony) announced and facilitated a hard fork of the SafeMoon protocol, which was referred to as the "V2 Migration."

205.   The V2 Migration related to the Company's efforts to transfer the value of the V1 SAFEMOON Token and its associated liquidity pool into the newly minted V2 SAFEMOON token and its associated liquidity pool(s).   The V1 SAFEMOON Token was a part of the liquidity pool that was used when the Company launched.   V2 SAFEMOON Token was created on April 24, 2021.

206.   Notably, the smart contract that applies the 5% liquidity tax on all SAFEMOON Token transactions – which Defendants stated would serve as automatically-generated liquidity for SAFEMOON Token transactions – also had a particular wallet address written into the code: the wallet address that supplied the V1 liquidity pool.   This means that although swapping can (and does) occur on the V2 liquidity pool, the actual funding is still deposited into the V1 liquidity pool.   If

---

[168]   *Id.*; William C., *NEVER Share Your Private Keys!*, MEDIUM (Aug. 3, 2018), https://medium.com/@deathd0tcom/never-share-your-private-keys-d117471fda07 ("Remember, no one should ask you for your Private Keys and you should never share them with anyone!").

[169]   Karony (@CptHodl), Twitter (Dec. 12, 2021), https://twitter.com/CptHodl/status/1470053508443475973?s=20&t=szGCN_Kn90fZ3Mf17c_ZQzw.

1  the V1 liquidity pool's funds are not migrated to the V2 liquidity pool, then those
2  funds become effectively useless for their intended purpose.

3     207.   By designing the dueling liquidity pool structure like this, the Company
4  nullified one of the key selling points within its whitepaper.   Specifically, the
5  Company's change undercut its promised "solution" to the problem of liquidity
6  provisioning as described in the Company's whitepaper:

7     Historically, developers created incentives aimed at users to provide
8     liquidity which can be outweighed by risk due to the subjectivity of
9     impermanent loss.   As a solution, we propose utilizing a smart contract
10    function to automatically capture liquidity to be used on the
11    decentralized exchanges and held in custody independent from user
12    possession.

13                            *      *      *

14    Problems arise when the liquidity pool provider loses the incentive to
15    add tokens into the pool, which occurs after the token pair is subjected
16    to impermanent loss resulting from arbitrage.

17    As a solution, Liquidity can be taken as a function of the smart contract
18    using market activity from all swaps and transfers.   A portion of these
19    swaps and transfers will be captured by the smart contract and utilized
20    with the function: "_swapAndLiquify".   For this to happen, the portion
21    of the 5% fee from swap and transfers can be kept in a standalone pool
22    within the contract itself and automatically converted to the liquidity
23    pool after the token count reaches a threshold, set at 500 billion
24    tokens.[170]

25    208.   The only transfer of value from the V1 liquidity pool to the V2 liquidity
26  pool occurred on May 12, 2021 when the Company cashed in LP Tokens from the

27
28  ───────────────
    [170]    *See* fn.10, *supra*.

1   V1 liquidity pool and transferred that liquidity in the V2 liquidity pool.[171]

2   Conversely, the SafeMoon LLC wallet address 0x79c4af has and continues to

3   receive transfers of value from the V1 liquidity pool.[172]  Those funds then remain in

4   that wallet instead of being transferred and/or converted into the V2 liquidity pool.

5   209.   The Company promoted the V2 Migration as an offer to investors

6   holding the VI SAFEMOON Tokens would be given a 1000:1 conversion rate of V2

7   SAFEMOON Tokens.   Defendants encouraged investors to download a new

8   SafeMoon wallet (which finally debuted after long delays and technical difficulties)

9   and then directly transfer their V1 holdings into the new wallet.   After the

10   SAFEMOON Tokens arrived in the new wallet safely, investors were directed by

11   the Company to convert the V1 SAFEMOON Tokens into V2 SAFEMOON Tokens

12   while inside the new wallet.

13   210.   Unbeknownst to investors, when they complied with the Company's

14   instructions, they were also charged an undisclosed 10% processing fee or "tax"

15   when making these transactions.[173]

16   211.   After receiving complaints from investors who were surprised by the

17   tax, the Company reduced the fee amount from 10% to 2%.  This, in turn, caused an

18   arbitrage-like event wherein investors could purchase the V1 SAFEMOON Tokens

19   at a lower price than V2 SAFEMOON Tokens and then convert those V1

20   SAFEMOON Tokens into exponentially more V2 SAFEMOON Tokens due to the

21   1000:1 conversion rate minus the minimal 2% fee.  The Company then increased the

22

23

24   _____

25   [171] https://bscscan.com/tx/0xe8a786a9334553fc575bc0df8ddabdbd0e9296c23c
07dac5be489dedd2bee912;   https://bscscan.com/token/0xff3dd404afba451328de

26   089424c74685bf0a43c9?a=0x79c4af7c43f500b9ccba9396d079cc03dfcafda1#toke
nAnalytics.

27   [172] https://bscscan.com/address/0x79c4af7c43f500b9ccba9396d079cc03dfcaf
da1.

28   [173]   *See* @SafeMoon 2.0 🚀. Twitter (Dec. 18. 2021). https://twitter.com/
safemoon/status/1472174876429586432?s=20&t=sz GCNKn90fZ3Mfl7c_ZQzw.

1  fee amount back to 10%, but this did not remove the dangers the Company's
2  previous attempt to encourage the migration from V1 to V2 tokens had created.

3      212.   In the following days, the Company raised and lowered the fee
4  percentages repeatedly.[174]   But the first phase of the hard fork scam and related
5  growth strategy that the Karony devised with the V2 Migration had opened
6  pandora's box.  Many investors had faithfully held on to their SAFEMOON Tokens
7  despite the rug pull that Nagy, Smith, Haines, Wyatt, and the Promotor Defendants
8  orchestrated in 2021 because of the Company's and Karony's repeated reassurances
9  that the proverbial SafeMoon rocketship was still on course to the moon.

10     213.   By the time the V2 Migration was under way, many of those faithful
11  "hodlers" had suffered massive unrealized losses and the favorable conversion rate
12  offered a way for investors to mitigate their losses by buying *more* V1 SAFEMOON
13  Tokens in an effort to average down their respective dollar cost averages.  The
14  Company and Karony's greed could not let this stand.

15     214.   In response, the Company and Karony engaged in a media campaign
16  push to have the remaining V1 SAFEMOON Token holders transfer to V2 *and* to
17  stop buying more V1 SAFEMOON Tokens.  They offered investors a "migration"
18  portal to achieve this.  The major problem was that, in order to use the migration
19  portal, the Company required SafeMoon investors to break the "first rule of crypto."
20  V1 SAFEMOON Token holders were told to share their private keys to their existing
21  wallets with SafeMoon's barely-field tested, proprietary software wallet (which has
22  had publicized issues, from its launch), or linking their existing wallets with
23  SafeMoon's website.

24     215.   Approximately 3,000,000 wallet holders rejected the Company's offer
25  to use the migration portal because it required those investors to either expose their
26

27  _____
[174]   *See* @SafeMoon 2.0 ✏️.  Twitter (Dec. 21, 2021).  https://twitter.com/
28  safemoon/status/1473406130965602311?s=20&t=sz_GCNKn90fZ3Mf17c_ZOzw:
"The V1 contract tax rate will be changed to 20% (19% LP Generation, 1%
Reflections)."

1  private keys or link their unlocked wallets, which often contain other tokens and
2  digital assets, to the questionable SafeMoon wallet.  Again, this was a situation that
3  Karony and the Company did not want.

4      216.   In a desperate response to investors gaining back some of the unrealized
5  losses that had suffered at the hands of Defendants, Karony and the Company gave
6  a final kick to all of those SafeMoon investors.

7      217.   On December 29, 2021, at approximately 4:00 p.m. EST, SafeMoon
8  changed the code line running in the SafeMoon smart contract that governs the
9  transaction fee rate (AKA Tax) to 100%.  The Company concurrently announced
10 this on its official Twitter account, adding that "Migration from V1 to V2 will remain
11 open indefinitely so nobody is left behind."[175]  Karony responded to the Company's
12 tweet, saying that "the V1 tax will be changing to 100%.  We are moving our full
13 focus to V2 to evolve the #SAFEMOON ecosystem."[176]   In other words, *the*
14 *Company implemented a 100% tax on every sale, purchase, or general transfer of*
15 *V1 SAFEMOON Tokens from one wallet to another*.  In effect, the Company, at
16 Karony's   direction,   seized   every   V1   SAFEMOON   Token   they   could   from
17 unsuspecting investors.

18     218.   The Company did not provide any, much less sufficient, notice to
19 investors of the impending full taxation prior to its implementation on December 29.
20 Indeed, the Company's website did not indicate any change had occurred until
21 approximately ten hours later when a small, generalized banner was added, which
22 stated that V1 support had come to an end and directed investors to migrate to V2.
23 On its face, this banner did not include any disclosure regarding the 100% taxation.
24 Subsequently, sometime in January 2022, the banner was updated to include a sub

25

26

27 [175]    @SafeMoon 2.0 🗗.  Twitter (Dec.  29,  2021),  https://twitter.com/
safemoon/status/1476198900717342724?s=20&t=szGC NKn90fZ3Mf17c_ZQzw.
28 [176]    Karony   (@CptHodl),   Twitter   (Dec.   29,   2021),   https://twitter.com/
CptHodl/status/1476206499898691589?s=20&t=szGC NKn90fZ3Mf17c_ZQzw.

SECURTIEIS CLASS ACTION COMPLAINT

1  icon "read more" which, when clicked on, led to a second banner than mentioned

2  the taxation.

3     219.  This hyper version of the hard fork scam took place over a 17-day

4  period from December 12, 2021 to December 29, 2021, but investors unaware of

5  Karony's secret tax continued to suffer complete losses of their SAFEMOON

6  Tokens afterwards.  The Company's change to the smart contract created a trading

7  environment of uncertainties, which have been resulting in mounting losses, for

8  existing tokens holders and those attempting to buy them.

9     **The Dump – SAFEMOON Token Price Plummets**

10     220.  Following  the  SAFEMOON  Token's  launch  and  Defendants'

11  promotional activities beginning in March 2021, the trading volume and price of

12  SafeMoon surged.   By April 20, 2021, SAFEMOON Tokens already had a

13  transaction volume of over $144 million, up approximately 1,747% in just over a

14  month.   That same day, the SAFEMOON Token reached its maximum price of

15  $0.000011, ***which represents a rise of approximately 2,749,900% more than its***

16  ***initial launch price*** of $0.0000000004.

17     221.  However,  this  astronomical  rise  was  short-lived.    After  the

18  SAFEMOON Token price and trading volume spiked following the launch,

19  Defendants began the "slow rug pull" on investors.  This term refers to a situation in

20  the cryptocurrency sector where the developers and insiders of a token deceive

21  investors by encouraging them to purchase the token with promises of future

22  success, while, at the same time, slowly selling off their own holdings as the trading

23  volume from retail investors remains inflated.

24     222.  On December 31, 2021, the price of the SAFEMOON Token hit a low

25  of $0.0000006521 per token, an over 80% drop from its height during the Class

26  Period, which it has not been able to recover.  As of the filing of this Complaint, the

27

28

SECURTIEIS CLASS ACTION COMPLAINT

1  trading volume for the SAFEMOON Token has plummeted to around only

2  $60,000.[177]

3      223.   The Promoter Defendants' improper promotional activities generated

4  the trading volume needed for all the Defendants to offload their SAFEMOON

5  Tokens onto unsuspecting investors.   While Plaintiff and Class members were

6  buying the inappropriately promoted SAFEMOON Tokens, Defendants were able

7  to, and did, sell their SAFEMOON Tokens during the Class Period for substantial

8  profits.

9      224.   On or about December 1, 2021, Smith participated in telephonic debate

10  with Ginger regarding what had occurred with the Piggy and Nobility tokens.

11  During that debate, Ginger read a sworn statement he had prepared on November

12  29, 2021, which read in relevant part: "On the 21st of May, at roughly 1AM I was

13  asked to join a call with Thomas Smith and Trevor Church.  During the call with

14  Thomas and Trevor, many statements were made by Thomas, including, but not

15  limited to, "Piggy is the perfect contract. I took the SafeMoon contract and improved

16  it.  The best thing about Piggy is the fact that nobody owns it.  It can't be sued. . . .

17  What made SafeMoon special was that it was made to be a rug-pull.  Not that we

18  intented to pull, but the very feature that makes it ruggable is the feature that makes

19  it function so well.  What the contract needed was a team that would never rug. . . .

20  In the beginning of SafeMoon, Kyle asked me to come on board along with Trevor.

21  John is my fault.  I brought him on.  I'm sorry for that."[178]

22      225.   In response, Smith did not directly deny any of Ginger's allegations,

23  but rather stated there were "some inaccuracies here."  Smith also hinted that he had

24  a "secret" about whether the Executive Defendants "defrauded" investors.  Smith

25  then claimed everything was "fine" and that Karony had texted Smith on November

26

27  [177]   *See* fn. 74, *supra*.

28  [178]   Ginger (RBTC Public), *Ginger & Thomas Twitter Space Debate*, YouTube (Dec. 1, 2021), https://youtu.be/abyQA4BOaXw.

SECURTIEIS CLASS ACTION COMPLAINT

4th that the "FBI stuff went really well the matter is now closed."  Smith later clarified that the FBI was interested in the findings of the "Doxxlocker" due diligence report.  The Doxxlocker report questioned certain transactions that sent approximately $68.4 million in SAFEMOON Tokens from the Protocol Deployer wallet to unrecognized wallets instead of returning those funds to the liquidity pool.

226.   The SAFEMOON Token price still has not recovered and trading volume remains down, significantly.

**The SAFEMOON Token is a Security that the Company and Executive Defendants Failed to Register Before Selling**

**A.     SAFEMOON Tokens Are Securities**

227.   Under Section 2(a)(1) of the Securities Act of 1933 ("Securities Act"), a "security" is defined to include an "investment contract."  15 U.S.C. § 77b(a)(1).  An investment contract is "an investment of money in a common enterprise with profits to come solely from the efforts of others." *S.E.C. v. W.J. Howey Co.*, 328 U.S. 293, 301 (1946).  Specifically, a transaction qualifies as an investment contract and, thus, a security if it is: (1) an investment; (2) in a common enterprise; (3) with a reasonable expectation of profits; and (4) to be derived from the entrepreneurial or managerial efforts of others.  *See United Housing Found., Inc. v. Forman*, 421 U.S. 837, 852-53 (1975).  This definition embodies a "flexible rather than a static principle, one that is capable of adaptation to meet the countless and variable schemes devised by those who seek the use of the money of others on the promise of profits," and thereby "permits the fulfillment of the statutory purpose of compelling full and fair disclosure relative to the issuance of 'the many types of instruments that in our commercial world fall within the ordinary concept of a security.'" *W.J. Howey*, 328 U.S. at 299.  Accordingly, in analyzing whether something is a security, "form should be disregarded for substance," and the emphasis should be "on economic realities underlying a transaction, and not on the name appended thereto." *Forman*, 421 U.S. at 849.

SECURTIEIS CLASS ACTION COMPLAINT

228.   Investors who bought SAFEMOON Tokens invested money or other valuable consideration, in a common enterprise: namely SafeMoon.  Investors had a reasonable expectation of profit based upon the efforts of the Defendants, including, among other things, Defendant obtaining favorable listings of their SAFEMOON Tokens on cryptocurrency exchanges such as Pancakeswap.

### 1.   SAFEMOON Token Investors Invested Money

229.   Plaintiff and the Class invested fiat, including U.S. dollars, and digital currencies, such as Bitcoin and Ethereum, to purchase SAFEMOON Tokens.

230.   The SAFEMOON Tokens were listed on cryptocurrency exchanges like Pancakeswap, which allowed retail investors to purchase SAFEMOON Tokens with traditional and other digital currencies.

231.   Defendants sold SAFEMOON Tokens to the general public through global, online cryptocurrency exchanges during its so-called launch.

232.   Every purchase of SAFEMOON Tokens by a member of the public is an investment contract.

### 2.   SAFEMOON Token Investors Were Intertwined in a Common Enterprise with Defendants

233.   Additionally, investors were passive participants in the SAFEMOON Tokens' launch and the profits of each Plaintiff and the Class were intertwined with those of Defendants and of other investors.  SafeMoon concedes that it uses the funds from the SAFEMOON liquidity pool to also fund its operations and promote projects on the SAFEMOON blockchain.

234.   Defendants also were responsible for supporting the SAFEMOON Tokens, pooled investors' assets, and controlled those assets.

235.   Further, Defendants held and/or hold a significant stake in the SAFEMOON Tokens, and thus shared in the profits and risk of the project.

### 3. Investors Purchased the SAFEMOON Tokens with a Reasonable Expectation of Profit from Owning Them

236.   Investors in the SAFEMOON Tokens, including Plaintiff and the Class, made their investment with a reasonable expectation of profits.  The SAFEMOON Tokens were sold to investors prior to a network or "ecosystem" being fully developed on which they could be used.  For pre-functional tokens, such as the SAFEMOON Tokens, the primary purpose for purchasing SAFEMOON Tokens was to make a profit or accumulate additional "reflections" (*i.e.*, additional tokens of value), rather than to utilize the SAFEMOON Tokens themselves for a task.

### 4. Investors Expected Profits from the SAFEMOON Tokens to Be Derived from the Managerial Efforts of the Executive Defendants

237.   Investors' profits in the SAFEMOON Tokens were to be derived from the managerial efforts of others – specifically the Company and the Executive Defendant.   SAFEMOON Token investors relied on the managerial and entrepreneurial efforts of the Executive Defendants to manage, oversee, and/or develop the projects funded by sale of the SAFEMOON Tokens.

238.   Purchasers of pre-functional tokens necessarily rely on the managerial efforts of others to realize value from their investments.  The success of these managerial efforts in developing the networks on which these tokens will operate is the primary factor in their price, that is, until such tokens transition into being functional utility tokens.

239.   Each of the SAFEMOON Tokens was a security at issuance because profit from the SAFEMOON Tokens would be derived primarily from the managerial efforts of SafeMoon's teams developing the associated networks on which the SAFEMOON Tokens would function, rather than having their profit derived from market forces of supply and demand, such as might affect the price of a commodity such as gold (or Bitcoin).

240.   Investors in SAFEMOON Tokens relied on the managerial and entrepreneurial efforts of SafeMoon and the Executive Defendants to manage, market, and develop the so-called SafeMoon ecosystem.

241.   The Executive Defendants typically held themselves out to investors as experts in the blockchain and crypto field.  Investors in the SAFEMOON Tokens reasonably expected the SafeMoon development teams to provide significant managerial efforts after the SAFEMOON Tokens' launch.

242.   Investors in SAFEMOON Tokens thus reasonably expected the Company and Executive Defendants to provide significant managerial efforts after the token launch.

243.   This dependency, however, on the managerial efforts of the Company and Executive Defendants was not apparent at issuance to a reasonable investor. Considering the limited available information about how these SAFEMOON Tokens were designed and intended to operate, if such an investor were even able to interpret the relevant law at the time, a reasonable investor lacked sufficient bases to conclude whether the SAFEMOON Tokens were securities until the platform at issue, and its relevant "ecosystem," had been given time to develop.  In the interim, the investor lacked the facts necessary to conclude – let alone formally allege in court – that the tokens she had acquired were securities.  It was only after certain revelations that provided more information about Defendant's intent, SafeMoon's token economics, and how the Executive Defendants operated to hide their ownership in both the Company and the SAFEMOON Token, that an investor could reasonably determine that a token that was advertised as something other than a security was a security all along.

1

**B.    Investors Would Not Reasonably Have Understood that SAFEMOON Tokens Were Securities**

2

3      244.   In connection with the SAFEMOON Token launch, the Company and

4   Executive Defendants made statements that reasonably led Plaintiff and Class

5   members to conclude that the SAFEMOON Tokens were not securities.

6      245.   As a threshold matter, the Company refused to register SAFEMOON

7   Tokens with the SEC, which indicated to investors that these were not securities.

8   No such valid exemption from registration requirements exists for SAFEMOON

9   Tokens.

10      246.   Additionally, SafeMoon's whitepaper refers to "new use cases" for the

11   SAFEMOON Tokens,[179] suggesting to investors that SAFEMOON Tokens were

12   "utility tokens," rather than "security tokens" (which would be securities that would

13   have to be registered with the SEC).

14      247.   At the time of the SAFEMOON Token launch, Defendants took

15   advantage of the market's lack of understanding and awareness concerning how

16   cryptocurrency projects – particularly decentralized finance projects – work.

17   Considering the new technology at issue and the Company's other statements, many

18   investors were understandably unaware that SAFEMOON Tokens had

19   fundamentally different features than other cryptocurrencies, which the SEC has

20   determined are not securities.[180]

21      248.   Karony himself stated on September 25, 2021, that "SafeMoon is NOT

22   a token project.  We are a tech company, that uses SafeMoon as the connecting agent

23   in our ecosystem."[181]  Karony echoed this sentiment in an article on December 21,

24

25

26   _____

[179]      *See* fn.10, *supra*.

27   [180]      Note – there is some statement of policy on the Ethereum which noted that
the ICO was problematic, but noted it was long after any SOL had run out.

28   [181]      *See* fn.158, *supra*.

SECURTIEIS CLASS ACTION COMPLAINT

1   2021, being quoted as saying: "SafeMoon is actually a tech company, it's a
2   blockchain innovation company."[182]

3       249.   Moreover, the SafeMoon project was advertised as developing
4   revolutionary and cutting edge blockchain technology that was safer than existing
5   products.  Unbeknownst to investors, most of the products ultimately produced by
6   the SafeMoon developers like Smith were simply knockoffs of other existing
7   products.

8       250.   In addition to claiming SafeMoon's technical superiority over other
9   cryptocurrencies, the Company also indicated that it would benefit financially and
10  use the funds raised through SAFEMOON Token launch to continue to enhance the
11  SafeMoon-related products (*e.g.*, wallet and exchange) and support the growth of
12  the project.

13      251.   At the time of the SAFEMOON Token launch, Defendants took
14  advantage of the market's lack of understanding and awareness concerning how this
15  investment contract worked.  With promises that SAFEMOON Tokens would be
16  better than other cryptocurrencies, many individuals were unaware that
17  SAFEMOON Tokens had fundamentally different features than other
18  cryptocurrencies, including being more centralized than Bitcoin or Ethereum.  One
19  of these primary differences is that all SAFEMOON Tokens were issued by Nagy
20  and the Company at creation at very little economic cost – and enormous potential
21  upside – to them.

22      252.   The creation of SAFEMOON Tokens by Nagy and Smith occurred
23  through a centralized process, in contrast to Bitcoin and Ethereum.  This would not
24  have been apparent at issuance, however, to a reasonable investor.  Rather, it was
25  only after the passage of time and disclosure of additional information about the
26  issuer's intent and process of management to arise that a reasonable purchaser could

27
28  [182]   Vanessa Armstrong, *SafeMoon's emphatic fanbase won't let it fail*, UTAH
    BUSINESS (Dec. 21, 2021), https://www.utahbusiness.com/the-safemoon-fanbase-
    wont-let-this-utah-based-crypto-fail/.

SECURTIEIS CLASS ACTION COMPLAINT

know that he or she had acquired a security.  Purchasers were thereby misled into believing that the SAFEMOON Token was something other than a security, when it was a security.

253.   Accordingly, it was not apparent to a reasonable investor, at issuance, that the SAFEMOON Tokens were securities under the law, and a reasonable investor would not have believed they were securities.

## C.   Guidance from the SEC

### 1.   The SEC's 2019 Framework

254.   On April 3, 2019, the SEC published its "Framework for 'Investment Contract' Analysis of Digital Assets" (the "Framework") in which it "provided a framework for analyzing whether a digital asset is an investment contract and whether offers and sales of a digital asset are securities transactions."

255.   The Framework described how to analyze the various facts surrounding an ICO in making the determination of whether a given digital asset is a security.

256.   In particular, the Framework provides that the "inquiry into whether a purchaser is relying on the efforts of others focuses on two key issues: Does the purchaser reasonably expect to rely on the efforts of an [Active Participant or "AP"]? Are those efforts 'the undeniably significant ones, those essential managerial efforts which affect the failure or success of the enterprise,' as opposed to efforts that are more ministerial in nature?"

257.   The Framework further notes that the "stronger the[ ] presence" of the following factors, "the more likely it is that a purchaser of a digital asset is relying on the 'efforts of others.'"

258.   The first factor the SEC looked at was whether an AP is responsible for the development, improvement (or enhancement), operation, or promotion of the network, particularly if purchasers of the digital asset expect an AP to be performing or overseeing tasks that are necessary for the network or digital asset to achieve or retain its intended purpose or functionality.

259.   At the time of the SAFEMOON Token launch, Defendants actively marketed the token launch and the SafeMoon project, thereby necessitating the continued managerial efforts of the Company and Executive Defendants.  Where the network or the digital asset is still in development and the network or digital asset is not fully functional at the time of the offer or sale, purchasers would reasonably expect an AP to further develop the functionality of the network or digital asset (directly or indirectly).

260.   Another factor the Framework considers is whether the AP creates or supports a market for, or the price of, the digital asset.  This includes, *inter alia*, whether the AP "(1) controls the creation and issuance of the digital asset; or (2) takes other actions to support a market price of the digital asset, such as by limiting supply or ensuring scarcity, through, for example, buybacks, "burning," or other activities."

261.   As noted above (*see supra*, ¶252), all of the SAFEMOON tokens in circulation were created at the direction of Nagy and Smith.  Additionally, Nagy and Smith also created the protocols by which the SAFEMOON Tokens are burned.

262.   The framework further states that "An AP has a continuing managerial role in making decisions about or exercising judgment concerning the network or the characteristics or rights the digital asset represents[.]"

263.   Here, the Company and Executive Defendants have discussed the long-term prospects on years-long time frames, continually noting how the SafeMoon ecosystem will "evolve" in the future.

264.   The ability to determine whether and where the digital asset will trade is another factor discussed in the Framework.  For example, "purchasers may reasonably rely on an AP for liquidity, such as where the AP has arranged, or promised to arrange for, the trading of the digital asset on a secondary market or platform."

265.   Here, SafeMoon's whitepaper focuses extensively on the ability of the SAFEMOON Token smart contract to "automatically capture liquidity" and enable trading of the SAFEMOON Token.[183]

266.   Another factor the Framework notes is whether the AP has the ability to determine who will receive additional digital assets and under what conditions. This could be, for example, "[m]aking or contributing to managerial level business decisions, such as how to deploy funds raised from sales of the digital asset."

267.   Here, the Company, along with the Controlling Defendants, are the arbiters of funding for SafeMoon project.

268.   The Company's Twitter account also announced that Karony himself had locked up "$250 MILLION+ DOLLARS WORTH OF LP." in the liquidity pool to fund future project and marketing campaigns.[184]

269.   Making other managerial judgements or decisions that will directly or indirectly impact the success of the network or the value of the digital asset generally.

270.   The Framework also remarks that purchasers would reasonably expect the AP to undertake efforts to promote its own interests and enhance the value of the network or digital asset, including, but not limited to, the instances where the AP "has the ability to realize capital appreciation from the value of the digital asset. This can be demonstrated, for example, if the AP retains a stake or interest in the digital asset."   According to the SEC, in these instances, "purchasers would reasonably expect the AP to undertake efforts to promote its own interests and enhance the value of the network or digital asset."

---

[183]   *See* fn.10, *supra.*

[184]   @SafeMoon 2.0 🚀. Twitter (Apr. 21, 2021). https://twitter.com/ safemoon/status/1384869489376907265?s=20&t=SNlPI ut6sbeeQ6RbNX8iw.

271.   Here, several Defendants – including but not limited to Karony and Arriaga – retain a significant interest in the SafeMoon project even after selling off many SAFEMOON Tokens at the height of the token launch (*see supra*).

## 2.   SEC's Previous Statements and Findings

272.   On May 7, 2021, on CNBC's "Squawk Box" television program, chairman of the SEC Gary Gensler stated that "a lot of crypto tokens – I won't call them cryptocurrencies for this moment – ***are indeed securities***[.]"[185]   In addition to being the Chairman of the SEC, Mr. Gensler is also a world renowned expert on cryptocurrencies and blockchain technology, having taught the "Blockchain and Money" course at the Sloan School of Management at the Massachusetts Institute of Technology ("MIT").[186]   [Emphasis added.]

273.   In a June 14, 2018 speech entitled "Digital Asset Transactions: When Howey Met Gary (Plastic)" that is available on the SEC's website,[187] the following observations were made on "when a digital transaction may no longer represent a security offering":

274.   If the network on which the token or coin is to function is sufficiently decentralized – where purchasers would no longer reasonably expect a person or group to carry out essential managerial or entrepreneurial efforts – the assets may not represent an investment contract.  Moreover, when the efforts of the third party are no longer a key factor for determining the enterprise's success, material information asymmetries recede.  As a network becomes truly decentralized, the

---

[185]   Jesse Point, *SEC Chairman Gary Gensler says more investor protections are needed for bitcoin and crypto markets*, CNBC (May 7, 2021), https://www.cnbc.com /2021/05/07/sec-chairman-gary-gensler-says-more-investor-protections-are-needed-for-bitcoin-and-crypto-markets.html.

[186]   Lectures and Materials from Chairman Gensler's MIT course are available to the public for free at: https://ocw.mit.edu/courses/sloan-school-of-management/15-s12-blockchain-and-money-fall-2018/video-lectures/session-1-introduction/.

[187]   William Hinman, *Digital Asset Transactions: When Howey Met Gary (Plastic), Remarks at the Yahoo Finance All Markets Summit: Crypto*, SEC (Speech) (June 14, 2018), https://www.sec.gov/news/speech/speech-hinman-061418.

SECURTIEIS CLASS ACTION COMPLAINT

ability to identify an issuer or promoter to make the requisite disclosures becomes difficult, and less meaningful.

275.   And so, when I look at Bitcoin today, I do not see a central third party whose efforts are a key determining factor in the enterprise.  The network on which Bitcoin functions is operational and appears to have been decentralized for some time, perhaps from inception.

276.   A key factor in determining whether a digital asset is a security or not is whether the there is a centralized entity behind the digital asset.[188]

277.   As discussed above, the circumstances surrounding the creation of the SAFEMOON Token demonstrate that an exceedingly small number of centralized insiders maintained exclusive control over the SafeMoon project.

278.   Finally, the SEC also already concluded that another virtual currency (*i.e.*, DAO tokens) that substantially similar to SAFEMOON Tokens are "securities and therefore subject to the federal securities laws."  As stated by the SEC, "issuers of distributed ledger or blockchain technology-based securities must register offers and sales of such securities unless a valid exemption applies."[189]

## CLASS ALLEGATIONS

279.   Plaintiff brings this action, individually, and on behalf of a nationwide class, pursuant to Federal Rules of Civil Procedure 23(a), 23(b)(2), and/or 23(b)(3), defined as follows:

All persons who, during the Class Period, purchased SafeMoon's SAFEMOON Tokens and were subsequently damaged thereby.

---

[188]   *Id.* (noting that the "decentralized structure" of Bitcoin and Ethereum placed these digital assets outside the "disclosure regime of the federal securities laws").

[189]   Press Release, *SEC Issues Investigative Report Concluding DAO Tokens, a Digital Asset, Were Securities*, SEC (July 25, 2017), https://www.sec.gov/news/press-release/2017-131.

1    280.   The Class Period is defined as the period between March 8, 2021 and

2    the date of this filing.[190]

3    281.   Excluded from the Class are: (a) Defendants; (b) Defendants' affiliates,

4    agents, employees, officers and directors; (c) Plaintiff's counsel and Defendants'

5    counsel; and (d) the judge assigned to this matter, the judge's staff, and any member

6    of the judge's immediate family.  Plaintiff reserves the right to modify, change, or

7    expand the various class definitions set forth above, based on discovery and further

8    investigation.

9    282.   **Numerosity**: Upon information and belief, the Class is so numerous

10   that joinder of all members is impracticable.  While the exact number and identity

11   of individual members of the Class is currently unknown, such information being in

12   the sole possession of SafeMoon and/or third parties and obtainable by Plaintiff only

13   through the discovery process, Plaintiff believes, and on that basis alleges, that the

14   Class consists of at least hundreds of people.  The number of Class members can be

15   determined based on SafeMoon's and other third party's records.

16   283.   **Commonality**: Common questions of law and fact exist as to all

17   members of the Class.   These questions predominate over questions affecting

18   individual Class members.  These common legal and factual questions include, but

19   are not limited to:

20       a.    whether the SAFEMOON Tokens are securities under the Securities

21             Act;

22       b.    whether the sale of SAFEMOON Tokens violates the registration of the

23             Securities Act;

24       c.    whether Defendants improperly and misleadingly marketed

25             SAFEMOON Tokens;

26

27

28   ---
     [190]   Plaintiff reserves the right to expand or amend the Class Period based on
     discovery produced in this matter.

SECURTIEIS CLASS ACTION COMPLAINT

d.    whether Defendants' conduct violates the state consumer protection statutes asserted herein;

e.    whether Promoter Defendants aided and abetted violations of the state consumer protection statutes asserted herein;

f.    whether Executive Defendants conspired to artificially inflate the price of the SAFEMOON Tokens and then sell their SAFEMOON Tokens to unsuspecting investors;

g.    whether Defendants have been unjustly and wrongfully enriched as a result of their conduct;

h.    whether the proceeds that Defendants obtained as a result of the sale of SAFEMOON Tokens, rightfully belongs to Plaintiff and Class members;

i.    whether Defendants should be required to return money they received as a result of the sale of SAFEMOON Tokens to Plaintiff and Class members;

j.    whether Executive Defendants breached the implied covenant of good faith and fair dealing; and

k.    whether Plaintiff and Class members have suffered damages, and, if so, the nature and extent of those damages.

284.   **Typicality**: Plaintiff has the same interest in this matter as all Class members, and Plaintiff's claims arise out of the same set of facts and conduct as the claims of all Class members.  Plaintiff's and Class members' claims all arise out of SafeMoon's uniform misrepresentations, omissions, and unlawful, unfair, and deceptive acts and practices related to the sale of SAFEMOON Tokens.

285.   **Adequacy**: Plaintiff has no interest that conflicts with the interests of the Class and are committed to pursuing this action vigorously.  Plaintiff has retained counsel competent and experienced in complex consumer class action litigation.

1    Accordingly, Plaintiff and her counsel will fairly and adequately protect the interests
2    of the Class.

3        286.   **Superiority**: A class action is superior to all other available means of
4    fair and efficient adjudication of the claims of Plaintiff and members of the Class.
5    The injury suffered by each individual Class member is relatively small compared
6    to the burden and expense of individual prosecution of the complex and extensive
7    litigation necessitated by the Company's conduct.  It would be virtually impossible
8    for individual Class members to effectively redress the wrongs done to them.  Even
9    if Class members could afford individualized litigation, the court system could not.
10    Individualized litigation would increase delay and expense to all parties, and to the
11    court system, because of the complex legal and factual issues of this case.
12    Individualized rulings and judgments could result in inconsistent relief for similarly
13    situated individuals.   By contrast, the class action device presents far fewer
14    management difficulties, and provides the benefits of single adjudication, economy
15    of scale, and comprehensive supervision by a single court.

16        287.   Defendants have acted or refused to act on grounds generally applicable
17    to the Class, thereby making appropriate final injunctive relief and corresponding
18    declaratory relief with respect to the Class as a whole.

19        **CALIFORNIA LAW APPLIES TO THE ENTIRE CLASS**

20        288.   California's substantive laws apply to every member of the Class,
21    regardless of where in the United States the Class members reside.

22        289.   California's substantive laws may be constitutionally applied to the
23    claims of Plaintiff and the Class under the Due Process Clause, 14th Amend. §1, and
24    the Full Faith and Credit Clause, Art. IV §1, of the U.S. Constitution.  California has
25    significant contact, or significant aggregation of contacts, to the claims asserted by
26    Plaintiff and all Class members, thereby creating state interests that ensure that the
27    choice of California state law is not arbitrary or unfair.

28

290.   Two of the Executive Defendants (Witriol and Arriaga) primarily reside in and operate out of California.  In particular, upon information and belief, all of the promotional activities of Witriol and Arriaga on behalf of SafeMoon described above originated in, and were disseminated from, California. Additionally, Arriaga developed the Company's wallet – which, as discussed in further detail above, was the subject of numerous misleading statements from all of the Executive Defendants – entirely in California.   Relatedly, Witriol directly promoted SAFEMOON Tokens specifically to investors in California.

291.  On  information  and  belief,  the  decision-making  regarding  the parameters of the marketing strategy for the SAFEMOON Tokens occurred in, and/or emanated from California, where Witriol and Arriaga are located.  As such, the conduct complained of herein emanated from California.  This conduct similarly injured and affected Plaintiff and all other Class members.

292.   Additionally, several of the Promotor Defendants reside in, or operate out of California.  In particular, Paul and Way reside in Calabasas and Los Angeles, respectively.  Upon information and belief, the misleading statements alleged herein and published on various social media platforms by Paul and Way emanated from California.

293.   The application of California laws to the Class is also appropriate under California's choice of law rules because California has significant contacts to the claims of Plaintiff and the proposed Class, and California has a greater interest in applying its laws here than any other interested state.

### **FIRST CAUSE OF ACTION**

**Section 10(b) and Rule 10b-5**
**(Against All Defendants)**

294.   Plaintiff restates and realleges all preceding allegations above as if fully set forth herein.

295.   Plaintiff incorporates the allegations above.

296.   Plaintiff brings this claim for violations of Section 10(b) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. §78j(b), and Rule 10b-5(b) promulgated thereunder, 17 C.F.R. §240.10b-5(b).

297.   Plaintiff brings this claim on behalf of all Class members who purchased SAFEMOON Tokens from March 8, 2021 to the time of this filing.

298.   The SAFEMOON Tokens are securities within the meaning of Section 2(a)(1) of the Securities Act, 15 U.S.C. §77b(a)(1).   Moreover, the Company's CEO, Karony, has admitted that SafeMoon is not a token project.   Instead, as a self-described "tech company," Defendants sold these securities to Plaintiff and the other Class members during and after the March 2021 launch.

299.   Section 10(b) and Rule 10b-5(b) make it illegal, in connection with the purchase or sale of any security, "for any person, directly or indirectly, by the use of any means or  instrumentality of interstate commerce, or of the mails or of any facility of any national securities  exchange . . . to make any untrue statement of a material fact or to omit to state a material fact necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading."

300.   Defendants carried out a plan, scheme, and course of conduct that SafeMoon intended to and did deceive the retail investors – Plaintiff and the other Class members – who acquired SAFEMOON Tokens pursuant to the March 2021 launch offering and thereby caused them to purchase SAFEMOON Tokens at artificially inflated prices.

301.   In connection with the March 2021 launch of SAFEMOON Tokens, Defendants disseminated, approved, and/or endorsed the false statements described herein, which these Defendants knew or recklessly should have known were materially misleading in that they contained material misrepresentations and failed to disclose material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not materially misleading.

302.   Defendants employed devices, schemes, and artifices to defraud; made untrue statements of material fact and omitted to state material facts necessary to make the statements made not misleading; and engaged in acts, practices, and a course of business that operated as a fraud and deceit upon the Class members that resulted in artificially high market prices for SAFEMOON Tokens in connection with the March 2021 launch, in violation of Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder.

**Misrepresentations and Omissions**

303.   Defendants' untrue statements and omissions of material facts in connection with the sale of SAFEMOON Tokens include at least the following:

a)   On March 19, 2021, in a now-deleted post on his official Twitter account, Phillips publicly stated: "I keep seeing #SafeMoon everywhere anyone know about it?  Is it gonna pop?  Or . . . has it got Big #Doge energy."[191]  In order to make this statement not misleading Phillips was required to, but did not, disclose his connection to the Company and that the "buzz" about SafeMoon manufactured by Defendants themselves instead of being naturally created by investor interest.

b)   On March 21, 2021, the Company released a statement via its official Twitter account, stating that 841,685,253,836 SAFEMOON Tokens "have been burnt in the last 24 hours alone.  That's over 800 billion tokens permanently removed from the circulating supply!"  By stressing the "burn" of the SAFEMOON Token supply in a short period of time, the Company purposefully suggested to investors that the value of SAFEMOON Token would increase as more SAFEMOON Tokens are burned.   In this statement and thereafter, however, SafeMoon has never disclosed the details of the Company's token burning protcols, which was material information.  In order to make this statement not misleading, Defendants were obligated to (but did not) disclose that the Company could change

---

[191]   *See*   https://www.reddit.com/r/SafeMoon/comments/m8mjpk/safemoon_tweet_by_ben_phillips_benphillipsuk/ (last visited Feb. 16, 2022).

SECURTIEIS CLASS ACTION COMPLAINT

1    the burn rate at will, thus there was no guarantee to investors that the supply of
2    SAFEMOON Tokens would continue to depreciate from tokens being burned.

3          c)    On March 22, 2021, the Company announced that "over 1.1
4    trillion tokens [were] permanently removed from the circulating supply" and that
5    this amount of tokens were "burnt in the last 24 hours alone. By stressing the "burn"
6    of the SAFEMOON Token supply in a short period of time, the Company
7    purposefully suggested to investors that the value of SAFEMOON Token would
8    increase as more SAFEMOON Tokens are burned. In this statement and thereafter,
9    however, SafeMoon has never disclosed the details of the Company's token burning
10   protcols, which was material information. In order to make this statement not
11   misleading, Defendants were obligated to (but did not) disclose that the Company
12   could change the burn rate at will, thus there was no guarantee to investors that the
13   supply of SAFEMOON Tokens would continue to depreciate from tokens being
14   burned.

15         d)    On March 27, 2021, Paul, speaking on behalf of the Company,
16   promoted SAFEMOON in a tweet stoking investors' fear of missing out on the next
17   big thing (*i.e.*, SAFEMOON Tokens). In order to make this statement not
18   misleading, Defendants were obligated to disclose that (1) Paul was a paid promotor
19   working for the Company and (2) Paul was paid in SAFEMOON Tokens and could
20   (and did) sell those tokens immediately with no restrictions.

21         e)    On March 29, 2021, McCollum, speaking on behalf of the
22   Company, promoted SAFEMOON in a tweet that suggested that the SAFEMOON
23   Token would be just as profitable for investors as another more-popular token: Doge
24   coin. In order to make this statement not misleading, Defendants were obligated to
25   disclose that (1) McCollum was a paid promotor working for the Company and
26   (2) McCollum was paid in SAFEMOON Tokens and could (and did) sell those
27   tokens immediately with no restrictions.

28

1         f)     On March 31, 2021, McCollum, speaking on behalf of the

2 Company, promoted SAFEMOON in a tweet repeating "SAFEMOON" over and

3 over again in an attempt to generate sales of the SAFEMOON Tokens.  In order to

4 make this statement not misleading, Defendants were obligated to disclose that

5 (1) McCollum was a paid promotor working for the Company and (2) McCollum

6 was paid in SAFEMOON Tokens and could (and did) sell those tokens immediately

7 with no restrictions.

8         g)     On April 3, 2021, the Company announced that 396 trillion

9 SAFEMOON Tokens were "burnt" and "gone."  That same day, Karony, speaking

10 as the Company's CEO, reposted the token announcement on his personal Twitter

11 account and noted in the caption that the supply of SAFEMOON Tokens would

12 receive "continual burns" and that the price of the SAFEMOON Tokens was at an

13 all-time high ("ATH") and would be going to the "moon" imminently.  By stressing

14 the "burn" of the SAFEMOON Token supply in a short period of time, the Company

15 and Karony purposefully suggested to investors that the value of SAFEMOON

16 Token would increase as more SAFEMOON Tokens are burned.  In this statement

17 and thereafter, however, SafeMoon has never disclosed the details of the Company's

18 token burning protocols, which was material information.  In order to make this

19 statement not misleading, Defendants were obligated to (but did not) disclose that

20 the Company could change the burn rate at will, thus there was no guarantee to

21 investors that the supply of SAFEMOON Tokens would continue to depreciate (and,

22 in turn, increase the scarcity and value of the SAFEMOON Tokens) from "continual

23 burns."

24         h)     On April 7, 2021, the Company's official Twitter account posted

25 a video update from Karony, wherein he stated, among other things, that the

26 Company's developers were using the "most innovative" features for the exchange.

27 In order to make this statement not misleading, Defendants were obligated to (but

28 did not) disclose that the Company had no intention of creating innovations for the

SafeMoon exchange or wallet but rather planned on (and did) using a copied version of existing smart contracts and cryptocurrency coding.

   i)   On April 8, 2021, the Company, and Karony speaking on the Company's behalf, stated: "400 TRILLON TOKENS BURNT GONE! NEVER COMING BACK."  By stressing the "burn" of the SAFEMOON Token supply in a short period of time, the Company purposefully suggested to investors that the value of SAFEMOON Token would increase as more SAFEMOON Tokens are burned. In this statement and thereafter, however, SafeMoon has never disclosed the details of the Company's token burning protocols, which was material information.  In order to make this statement not misleading, Defendants were obligated to (but did not) disclose that the Company could change the burn rate at will, thus there was no guarantee to investors that the supply of SAFEMOON Tokens would continue to depreciate from tokens being burned.

   j)   On April 17, 2021, Way, speaking on behalf of the Company, stated on his personal Twitter account that he had a public wallet address for SAFEMOON Tokens, signaling to investors that Way was investing his own money into SAFEMOON Tokens.   In order to make this statement not misleading, Defendants were obligated to disclose that (1) Way was a paid promotor working for the Company and (2) Way was paid in SAFEMOON Tokens and could (and did) sell those tokens immediately with no restrictions.

   k)   On April 17, 2021, Carter, speaking on behalf of the Company, disseminating a video of a rocket heading to the moon with the caption: "It's time for blastoff #SAFEMOON."  Carter also photoshopped a picture of his face in the window of the rocket, implying to investors that he is onboard with the SafeMoon "rocket."  At the end of the video, it shows the number of SAFEMOON Tokens increasing from "500k holders" to "500,001 holders," further indicating that Carter was investing his own money into SAFEMOON Tokens.  In order to make these statements not misleading, Defendants were obligated to disclose that (1) Carter was

1   a paid promotor working for the Company and (2) Carter was paid in SAFEMOON

2   Tokens and could (and did) sell those tokens immediately with no restrictions.

3          l)     On April 18, 2021, Witriol, speaking on behalf of the Company,

4   posted a screenshot that showed the hashtag "#SAFEMOON" was trending in

5   California and stated in the caption to that post: "This is only in California" and

6   "#safemoonisthenewdoge coin."  In order to make these statements not misleading,

7   Defendants were obligated to disclose that (1) SafeMoon's popularity specifically in

8   California was not organically created (as suggested by Witriol) but rather

9   artificially manufactured by Witriol himself and the other Defendants; and (2) the

10  comparison to the heavily-traded Dogecoin was not based on any measurable

11  similarities but rather it was simply meant to have investors believe that the

12  SAFEMOON Token would be just as profitable for investors as Dogecoin.

13         m)    On April 21, 2021, the Company and Haines-Davies stated in

14  response to a drop in the price of the SAFEMOON Tokens: "That wasn't a dip today

15  . . . we went back to earth for a bigger rocket and more passengers."  In order to

16  make these statements not misleading, Defendants were obligated to disclose that

17  they were responsible for the downward selling pressure on the SAFEMOON

18  Tokens and, as a result, that investors would be unable to receive any return on

19  investment.

20         n)    On April 21, 2021, the Company stated on its official Twitter

21  account that SafeMoon was going to lock up $250 million of the SafeMoon liquidity

22  pool.  That same day, Karony stated: "We are locking away the current LP, which is

23  a quarter of a billion+ dollars worth of tokens.  In order to make that statement not

24  misleading at the time, Defendants were obligated to disclose that Karony and the

25  Executive Defendants had not, in truth, locked the liquidity pool but were instead

26  using the funds in the liquidity pool for non-business/personal purchases and

27  expenses.  Months later, on June 2, 2021, Arriaga admitted that the liquidity pool

28  was not locked.

SECURTIEIS CLASS ACTION COMPLAINT

1    o)    On May 16, 2021, Karony, speaking on behalf of the Company,
2  stated that SafeMoon was in "ongoing conversations about SafeMoon" with
3  Gambia's "Ambassador at-Large, Sankung Jawara, who has done the initial vetting
4  of Safemoon."  Karony further stated that SafeMoon would be used as "another tool
5  in [Gambia's] forward-leaning, innovative efforts."   In order to make these
6  statements not misleading, Defendants were obligated to disclose that the Company
7  was not in any meaningful discussions with the Gambian government about
8  implementing SafeMoon into the country's financial system but instead that the
9  meeting with Gambia's "Ambassador at-Large" was just a meet and greet that was
10 arranged by Karony's parents in order to give the appearance of authenticity to
11 investors.

12    p)    On May 24, 2021, Arriaga, operating on behalf of the Company,
13 created the "FUD Hound" account on YouTube and published videos "debunking"
14 and "exposing" critics of SAFEMOON.  In particular, Arriaga posted six videos to
15 the FUD Hound channel on the following dates: (1) May 24, 2021; (2) May 28, 2021;
16 (3) June 2, 2021; (4) June 7, 2021; (5) June 13, 2021; (6) and June 21, 2021.  Each
17 one of these videos contains misleading statements about SafeMoon's growth
18 prospects, the safety and functionality of SafeMoon's technology, the Hashex audit's
19 findings, and the timing of milestones for the Company, etc.  In order to make these
20 videos as a whole, and the statements made therein, not misleading, the Company
21 was obligated to disclose that Arriaga was working on behalf of the Company at the
22 time these videos were made and released.

23    q)    On June 1, 2021, the Company published a photo of puppies with
24 SafeMoon badges photoshopped on, with accompanying text that read: "No rug pulls
25 here."  In order to make this post not misleading, the Company was obligated to
26 disclose that (1) many of the Executive Defendants, including, but not limited to
27 Nagy, Smith, Haines-Davies, and Wyatt, as well as the Promotor Defendants had
28 already sold off some or all of their SAFEMOON Token holdings when the trading

SECURTIEIS CLASS ACTION COMPLAINT

1    volume was artificially inflated between March 2021 and May 2021, and (2) without

2    continued artificially pumping of the volume, the SAFEMOON Tokens price would

3    never recover, leaving investors stuck holding worthless tokens that no one wants to

4    buy.

5             r)      On June 5, 2021, Witriol, speaking on behalf of the Company,

6    stated that there was a "low chance of a rug pull" of the SAFEMOON Tokens

7    because Karony would "lose his credentials" with the U.S. Department of Defense.

8    In order to make this post not misleading, the Company was obligated to disclose

9    that (1) many of the Executive Defendants, including, but not limited to Nagy,

10    Smith, Haines-Davies, and Wyatt, as well as the Promotor Defendants had already

11    sold off some or all of their SAFEMOON Token holdings when the trading volume

12    was artificially inflated between March 2021 and May 2021, and (2) without

13    continued artificially pumping of the volume, the SAFEMOON Tokens price would

14    never recover, leaving investors stuck holding worthless tokens that no one wants to

15    buy.

16             s)      On June 7, 2021, Karony, speaking on behalf of the Company,

17    stated that the Company had "identified glaring security gaps with a lot of wallet

18    providers" and was in the process of "integrating game changing encryption into the

19    wallet."  Karony further stated that, "The SafeMoon wallet will be one of / if not the

20    strongest wallets on the market.  #SAFEMOON is the #Evolution!  In order to make

21    these statements not misleading, Defendants were obligated to (but did not) disclose

22    that (1) the Company had no intention of creating innovations for the SafeMoon

23    wallet that would make it safer or have better encryption than other pre-existing

24    wallets; (2) the Company intended to (and did) use a copied version of existing

25    wallets with no additional security features; and (3) that the Company used the

26

27

28

SECURTIEIS CLASS ACTION COMPLAINT

1  SafeMoon wallet to collect investors' personal data without first obtaining informed

2  consent.[192]

3          t)      On June 11, 2021, Karony, speaking on behalf of the Company,

4  stated that the Company was "smashing out our internal deadlines."  Karony also

5  hinted at imminent release dates for promised features for "the Wallet, exchange and

6  more importantly Operation Pheonix."  In order to make these statements not

7  misleading, Defendants were obligated to (but did not) disclose that (1) the

8  Company, up to that point, had made little (if any) progress with developing the

9  SafeMoon wallet (much less the innovative, military-grade encrypted wallet that

10  Karony promised) or exchange and (2) that this lack of progress would delay to

11  promised launch date for the wallet and exchange.

12          u)      On June 13, 2021, Karony, speaking on behalf of the Company,

13  stated that Smith was "involved with the Doge Coin x SpaceX partnership."  In order

14  to make these statements not misleading, Defendants were obligated to (but did not)

15  disclose that (1) the Smith's so-called involvement was merely serving as the

16  moderator for the Doge coin Facebook account Company, and not in any leadership

17  or developer roles, and (2) Smith had no direct contact or relationship with Elon

18  Musk or Space X.

19          v)      On August 14, 2021, the Company stated that the "Full Launch"

20  of the SafeMoon Wallet would occur on August 28, 2021 and that the wallet would

21  be "available on Android and iOS."  In order to make these statements not

22  misleading, Defendants were obligated to (but did not) disclose that (1) the lack of

23  progress with the development of the SafeMoon wallet would likely (and did) delay

24  its "full launch" beyond August 28, 2021, and (2) the SafeMoon wallet would not

25  be available on both Android and iOS at the time of launch.

26

27  _____

28  [192]    Upon information and belief, the Company is, without consent, using this
information to identify investors for targeted marketing for SafeMoon's financial
products and/or selling their investors' personal data to third-party purchasers.

w)   On August 19, 2021 and August 24, 2021, Karony, speaking on behalf of the Company, stated: "Looking forward to #SAFEMOONWALLET launch on August 28th!" In order to make these statements not misleading, Defendants were obligated to (but did not) disclose that the lack of progress with the development of the SafeMoon wallet would likely (and did) delay its "full launch" beyond August 28, 2021.

x)   On November 22, 2021, Way, speaking on behalf of the Company, stated: "Safemoon just tweeted about WAGMI.  Don't miss the rocket." In order to make this statement not misleading, Defendants were obligated to disclose that (1) Way was a paid promotor working for the Company and (2) Way was paid in SAFEMOON Tokens and could (and did) sell those tokens immediately with no restrictions.

y)   On December 12, 2021, Karony, speaking on behalf of the Company, stated: "Shoutout to our brilliant community, the product team and all #SAFEMOON employees for all the hard work these past 9 months, looking forward to the next 9 of evolution.  Always out front!  #SAFEMOONV2 is the #Evolution." Karony also posted some frequently asked questions about the V2 Migration and provided answers on the Company's behalf.  In order to make these statements not misleading, Defendants were obligated to disclose that the primary purpose of the V2 migration was not due to purported technological innovations by the Company's "team" but rather it was purposefully designed as a vehicle to extract value from investors and transfer that to the Company and Karony

**Materiality**

304.   The forgoing misrepresentations and omissions were each material.

305.   These misrepresentations and omissions related to (i) the extent to which the Defendants and other insiders were restricted from selling substantial amounts of SAFEMOON Tokens on crypto-asset exchanges in the weeks immediately following the March 2021 launch; (ii) the extent to which Defendants

1   and its insiders intended to sell their SAFEMOON Token holdings over that same

2   period; and (iii) the extent to which Defendants and its insiders did in fact sell

3   substantial amounts of their SAFEMOON Tokens crypto-asset exchanges over that

4   same period.

5       306.  Information regarding whether approximately the founders and

6   Company executives could, intended to, and did sell their SAFEMOON Tokens, as

7   Defendants' own public statements illustrate, are material — and they had a

8   significant impact on the market price and trading volume for SAFEMOON Tokens.

9       307.  If a reasonable investor knew that SafeMoon and its insiders

10  collectively could and intended to sell a substantial percentage of the SAFEMOON

11  Tokens that had been issued on and immediately following March 8, 2021 launch,

12  then that investor would reasonably expect the price of SAFEMOON Tokens to be

13  significantly lower than if Defendants could not or did not intend to sell their

14  SAFEMOON Tokens on and immediately following the launch date.   Indeed,

15  Defendants' assurances that were continuing to hold their SAFEMOON Tokens

16  reflect these Defendants' own admission of their materiality.  Accordingly, there is

17  a substantial likelihood that the disclosure of the omitted facts would have been

18  viewed by the reasonable investor as having significantly altered the "total mix" of

19  information made available.

20      **Scienter**

21      308.   Defendants acted with scienter in engaging in the forgoing misconduct,

22  in that they either had actual knowledge of the misrepresentations and omissions of

23  material facts set forth herein, or acted with reckless disregard for the truth in that

24  they failed to ascertain and to disclose such facts, even though such facts were

25  available to them.

26      309.  Defendants knew before the March 2021 launch that any applicable

27  vesting periods would not preclude the Executive Defendants or their friends and

28  family dumping massive quantities of SAFEMOON Tokens on the market and

1   SafeMoon intended to transfer billions of the newly issued SAFEMOON Tokens to
2   project insiders, and that it, along with those insiders, intended to dump tens of
3   millions of these tokens on crypto-asset exchanges, such that SafeMoon and its
4   insiders intended to profit massively from the offering, while outside investors
5   would be precluded from doing so.

6       310.   Indeed, Defendants necessarily knew what restrictions were imposed
7   on their own tokens, as well as the tokens that they issued and allocated to current
8   and former team members, and to outside investors.  These Defendants likewise
9   knew that they, along with current and former team members, held a significant
10  amount of the total SAFEMOON Token supply in circulation, and that if that portion
11  of the Float were sold, the price of SAFEMOON Tokens would likely collapse.  It
12  was thus highly unreasonable for Defendants to conceal information relating to
13  selling restrictions imposed on their and their insiders' tokens.

14      311.   Defendants' failure to disclose such information, coupled with their
15  imposition of various taxes on transactions on outside investors but not on
16  themselves as well as undisclosed use of the Promotor Defendants to marketing
17  SAFEMOON Tokens to unsuspecting investors, demonstrates that these Defendants
18  intended that they and their insiders would sell substantial amounts of SAFEMOON
19  Tokens at significant profits high the price was artificially inflated on and during the
20  weeks and months that followed the March 2021 launch.  These Defendants
21  executed on that plan, too, by (along with current and former team members) selling
22  trillions of SAFEMOON Tokens on the market during that period.

23      312.   Defendants knew that they had sold SAFEMOON Tokens on the
24  market on and in the months that followed March 8, 2021.  They likewise know that
25  their current and former team members sold SAFEMOON Tokens: in addition to
26  stating that such individuals had sold, these Defendants know which SAFEMOON
27  TOKENS they allocated to team members and can therefore track the transaction
28  history of that SAFEMOON TOKENS on the blockchain.

313.   Defendants had the motive not to disclose these facts because such disclosure would have been self-defeating — it would have massively lowered the offering price of the SAFEMOON Tokens and thus effectively precluded SafeMoon and its insiders from generating the profit they subsequently made.  Defendants had the opportunity thus to generate ill-gotten gains because they controlled the distribution of the SAFEMOON Tokens to themselves and their insiders and the extent to which any restrictions would be placed on such tokens.

**Reliance, Economic Loss, and Loss Causation**

314.   As a result of the publication and dissemination of the materially false and misleading information and failure to disclose material facts, as set forth above, the price of the SAFEMOON Tokens upon issuance on March 8, 2021, and for a period of time thereafter, was artificially inflated.

315.   In ignorance of the fact that the price of SAFEMOON Tokens was artificially inflated, and relying directly or indirectly on the false, misleading, and materially incomplete statements that Defendants made and approved, or upon the integrity of the market in which the SAFEMOON Tokens were sold, or on the absence of material adverse information that these Defendants knew or recklessly should have known of but failed to disclose in public statement, Plaintiff and the other Class members acquired SAFEMOON Tokens at artificially high prices and were damaged thereby.

316.   As a direct and proximate result of Defendants' wrongful conduct, Plaintiff and the other Class members suffered damages in connection with the respective purchases of SAFEMOON Tokens and are entitled to an award compensating them for such damages.

317.   Indeed, the price of SAFEMOON TOKENS dropped significantly as Defendants disclosed, and the market discovered, the truth concerning the SAFEMOON project and its prospects.  For example, following the release of the HashEX report on May 22, 2021, the price of SafeMoon tokens dropped

approximately 30% from an opening of $0.00000568 on May 22, 2021 to a close of $0.00000396 on May 23, 2021. Furthermore, the price of SAFEMOON TOKENS went from a high of $0.00000355 on August 28, 2021 in advance of the Wallet Release to a low of $0.00000119 on September 10, 2021 in the wake of the failed wallet launch and executive departures.

318. On December 31, 2021, the price of the SAFEMOON Token hit a low of $0.0000006521 per token, an over 80% drop from its height during the Class Period, which it has not been able to recover.

319. In addition, as a direct and proximate result of Defendants' wrongful conduct, SafeMoon has generated and retained ill-gotten in connection with the March 2021 launch of SAFEMOON Tokens, such that Plaintiff and the other Class members are entitled to the disgorgement of SafeMoon's ill-gotten gain from such misconduct.

## SECOND CAUSE OF ACTION

**Unregistered Offering and Sale of Securities in
Violation of Sections 5 and 12(a)(1) of the Securities Act
(Against All Defendants)**

320. Plaintiff restates and realleges all preceding allegations above as if fully set forth herein.

321. Plaintiff, on behalf of herself and all others similarly situated, realleges and incorporates herein by reference each and every allegation contained in the preceding paragraphs of this complaint, and further alleges as follows:

322. Defendants, and each of them, by engaging in the conduct described above, directly or indirectly, made use of means or instruments of transportation or communication in interstate commerce or of the mails, to offer to sell or to sell securities, or to carry or cause such securities to be carried through the mails or in interest commerce for the purpose of sale or for delivery after sale.

323. SAFEMOON Tokens are securities within the meaning of Section 2(a)(1) of the Securities Act, 15 U.S.C. §77b(a)(1).

324.   Plaintiff and members of the Class purchased SAFEMOON Token securities.

325.   No registration statements have been filed with the SEC or have been in effect with respect to any of the offerings alleged herein.  No exemption to the registration requirement applies.

326.   SEC Rule 159A provides that, for purposes of Section 12(a)(2), an "issuer" in "a primary offering of securities" shall be considered a statutory seller. 17 C.F.R. §230.159A(a).  The Securities Act in turn defines "issuer" to include every person who issues or proposes to issue any security.  15 U.S.C. §77b(a)(4).  Dfinity is an issuer of SAFEMOON Tokens.

327.   The U.S. Supreme Court has held that statutory sellers under §12(a)(1) also include "the buyer's immediate seller" and any person who actively solicited the sale of the securities to plaintiff and did so for financial gain.  *See Pinter v. Dahl*, 486 U.S. 622, 644 n.21 & 647 (1988); *accord, e.g.*, *Steed Finance LDC v. Nomura Sec. Int'l, Inc*., No. 00 Civ. 8058, 2001 WL 1111508, at *7 (S.D.N.Y. Sept. 20, 2001).  That is, §12(a)(1) liability extends to sellers who actively solicit the sale of securities with a motivation to serve their own financial interest or those of the securities owner.  *Pinter*, 486 U.S. at 647; *Capri v. Murphy*, 856 F.2d 473, 478 (2d Cir. 1988).  Dfinity and the Controlling Defendants are all statutory sellers.

328.   By reason of the foregoing, each of the Defendants have violated Sections 5(a), 5(c), and 12(a) of the Securities Act, 15 U.S.C. §§77e(a), 77e(c), and 77l(a).

329.   As a direct and proximate result of Defendants' unregistered sale of securities, Plaintiff and the Class have suffered damages in connection with their ICP purchases.

**THIRD CAUSE OF ACTION**

**Violation of Sections 15 of the Securities Act**
**(Against SafeMoon and the Executive Defendants)**

330.   Plaintiff, on behalf of herself and all others similarly situated, realleges and incorporates herein by reference, each and every allegation contained in the preceding paragraphs of this Complaint, and further alleges as follows:

331.   This Count is asserted against the Company and the Executive Defendants (collectively, the "Control Person Defendants") under Section 15 of the Securities Act, 15 U.S.C. §77o.

332.   The Control Person Defendants, by virtue of their offices, ownership, agency, agreements or understandings, and specific acts were, at the time of the wrongs alleged herein, and as set forth herein, controlling persons within the meaning of Section 15 of the Securities Act.  The Control Person Defendants, and each of them, had the power and influence and exercised the same to cause the unlawful offer and sale of SAFEMOON Tokens securities as described herein.

333.   The Control Person Defendants, separately or together, possess, directly or indirectly, the power to direct or cause the direction of the management and policies of SafeMoon, through ownership of voting securities, by contract, subscription agreement, or otherwise.

334.   The Control Person Defendants also have the power to direct or cause the direction of the management and policies of SafeMoon.

335.   The Control Person Defendants, separately or together, have sufficient influence to have caused SAFEMOON Tokens and/or the Company to submit a registration statement.

336.   The Control Person Defendants, separately or together, jointly participated in SafeMoon's failure to register SAFEMOON Tokens.

SECURTIEIS CLASS ACTION COMPLAINT

337.   By virtue of the conduct alleged herein, the Control Person Defendants are liable for the wrongful conduct complained of herein and are liable to Plaintiff and the Class for rescission and/or damages suffered.

### FOURTH CAUSE OF ACTION

**Aiding and Abetting**
**California Common Law**
**(Against Promoter Defendants)**

338.   Plaintiff restates and realleges all preceding allegations above as if fully set forth herein.

339.   Under California law, aiding and abetting requires not agreement, but simply assistance.  The elements of aiding and abetting liability have cited the elements of the tort, as they are set forth in the RESTATEMENT (SECOND) OF TORTS §876, and have omitted any reference to an independent duty on the part of the aider and abettor.

340.   Under California law, "[l]iability may . . . be imposed on one who aids and abets the commission of an intentional tort if the person (a) knows the other's conduct constitutes a breach of duty and gives substantial assistance or encouragement to the other to so act or (b) gives substantial assistance to the other in accomplishing a tortious result and the person's own conduct, separately considered, constitutes a breach of duty to the third person." *Neilson v. Union Bank of Cal., N.A.*, 290 F. Supp. 2d 1101, 1118 (C.D. Cal. 2003) (citations omitted).

341.   "Unlike a conspirator, an aider and abettor does not 'adopt as his or her own' the tort of the primary violator.  Rather, the act of aiding and abetting is distinct from the primary violation; liability attaches because the aider and abettor behaves in a manner that enables the primary violator to commit the underlying tort." *Id.*

342.   The Promoter Defendants have previous knowledge and experience with making misleading promotional statements (with Defendant Mayweather having nearly an identical experience with a previous fraudulent cryptocurrency promotion), and, as such, knew or should have known that the marketing strategy

employed by the Executive Defendants for the SAFEMOON Tokens was unlawful, deceitful, fraudulent, and/or violated the terms of the California, Florida, and New York state statutes described in this Complaint.

343.  By promoting the SAFEMOON Tokens on their social media platforms and through their reported conduct, the Promotor Defendants provided assistance that was a substantial factor causing the SAFEMOON Token price to both surge and do so long enough to allow all Defendants to sell their SAFEMOON Tokens for huge profits at the expense of their followers and investors.  Without the help of the Promoter Defendants' activities, the Executive Defendants would have been unable to use the misleading marketing strategy devised by Haines-Davies, Arriaga, and Witriol, and Defendants would not have been able to commit the violations of California state consumer protection statutes alleged herein.

344.  As a direct and proximate result of Promotor Defendants' unlawful, unfair, and deceptive practices, Plaintiff and Class members suffered damages.  The Executive Defendants' activities with the Promoter Defendants caused Plaintiff and the Class members to purchase and/or hold the SAFEMOON Tokens when they otherwise would not have done so.

345.  Plaintiff seeks to enjoin further unlawful, unfair, and/or fraudulent acts or practices by SafeMoon, to obtain monetary damages, restitution and disgorgement of all monies generated as a result of such practices, and for all other relief allowed under California law.

**FIFTH CAUSE OF ACTION**

**Unjust Enrichment/Restitution**
**(California Common Law, in the Alternative)**
**(Against All Defendants)**

346.  Plaintiff restates and realleges all preceding allegations above as if fully set forth herein.

347.  Plaintiff and members of the Class conferred a monetary benefit on Defendants by raising the price and trading volume of the SAFEMOON Tokens,

SECURTIEIS CLASS ACTION COMPLAINT

which allowed Defendants to sell their SAFEMOON Tokens to Plaintiff and Class members at inappropriately and artificially inflated prices.

348.   Defendants received a financial benefit from the sale of their SAFEMOON Tokens at inflated prices and are in possession of this monetary value that was intended to be used for the benefit of, and rightfully belongs to, Plaintiff and members of the Class.

349.   Plaintiff seeks restitution in the form of the monetary value of the difference between the purchase price of the SAFEMOON Tokens and the price those SAFEMOON Tokens sold for.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff, individually, and on behalf of all others similarly situated, respectfully requests that this Court:

A.   Determine that the claims alleged herein may be maintained as a class action under Rule 23 of the Federal Rules of Civil Procedure, and issue an order certifying one or more of the Classes defined above;

B.   Appoint Plaintiff as a representative of the Class and her counsel as Class counsel;

C.   Declare that the Company and Executive Defendants offered and sold unregistered securities in violation of Sections 5(a), 12(a), and 15 of the Securities Act;

D.   Award all actual, general, special, incidental, statutory, rescission, punitive, and consequential damages and restitution to which Plaintiff and the Class members are entitled;

E.   Award post-judgment interest on such monetary relief;

F.   Grant appropriate injunctive and/or declaratory relief;

G.   Award reasonable attorneys' fees and costs; and

H.   Grant such further relief that this Court deems appropriate.

1

## <u>JURY DEMAND</u>

2
3

Plaintiff, individually, and on behalf of the putative Class, demands a trial by jury on all issues so triable.

4

DATED:  March 7, 2022          **SCOTT+SCOTT ATTORNEYS AT LAW LLP**

5

s/ *John T. Jasnoch*

6

John T. Jasnoch (CA 281605)
jjasnoch@scott-scott.com

7

600 W. Broadway, Suite 3300
San Diego, CA 92101

8

Tel.: 619-233-4565

9

Fax: 619-236-0508

10

*Attorney for Plaintiff and the Proposed Class*

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SECURTIEIS CLASS ACTION COMPLAINT