## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

I, Kayla Blacksher, hereby certify that the following is true and correct to the best of my knowledge information and belief:

1. I have reviewed the complaint in this action and authorize Scott+Scott Attorneys at Law to file it on my behalf.

2. I am willing to serve as a representative party on behalf of all persons and entities that purchased, or otherwise acquired, SafeMoon tokens.

3. During the relevant period, I purchased and/or sold the security that is the subject of the complaint, as set forth in the attached **Schedule A.**

4. I did not engage in the foregoing transactions at the direction of counsel nor in order to participate in any private action arising under the Securities Act of 1933 (the "Securities Act") or the Securities Exchange Act of 1934 (the "Exchange Act").

5. During the three-year period preceding the date of my signing this Certification, I have not sought to serve, or served, as a representative party or lead plaintiff on behalf of a class in any private action arising under the Securities Act or the Exchange Act.

6. I will not accept any payment for serving as a representative party on behalf of the Class beyond the *pro rata* share of any recovery, expert for such reasonable costs and expenses (including lost wages) directly related to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3/7/2022 at Vidor, TX (city, state).

_____
Kayla Blacksher

## SCHEDULE A

| Date | Action | SafeMoon Tokens | Cost | Price of BNB | Value in USD |
|---|---|---|---|---|---|
| 4/20/2021 | Buy | 13,425,196.45 | 0.225 WBNB | $588.55 | $132.42 |
| 4/21/2021 | Buy | 53,861,458.91 | 0.77 WBNB | $543.71 | $418.65 |
| 4/23/2021 | Buy | 20,541,151.79 | 0.15432 WBNB | $527.13 | $81.34 |
| 5/4/2021 | Buy | 7,579,699.10 | 0.04876517 WBNB | $610.18 | $29.75 |
| 5/4/2021 | Buy | 49,542,755.43 | 0.3189458 WBNB | $610.18 | $194.61 |
| 7/16/2021 | Buy | 17,152,181.77 | 0.17219821 WBNB | $303.04 | $52.18 |
| 12/2/2021 | Buy | 56,357,876.00 | 0.17219821 WBNB | $303.04 | $52.18 |
| 12/5/2021 | Buy | 97,486,660.28 | 0.3189458 WBNB | $610.18 | $194.61 |
| 12/16/2021 | Transfer | 310,319,489.35 | 0 WBNB | N/A | $0.00[1] |
| 12/16/2021 | Transfer | 65.28 | 0 WBNB | N/A | $0.00 |
| 2/14/2022 | Sell | 305,726.47 | 1.24287233 WBNB | $403.71 | $475.52 |

---

[1] The two December 16, 2021 transactions show the amount of V1 SAFEMOON Tokens that were migrated into V2 SAFEMOON Tokens. In particular, in the first entry, Plaintiff transferred 310,319,489.35 V1 SAFEMOON Tokens in exchange for 316,652.54 V2 SAFEMOON Tokens. In the second entry, Plaintiff transferred 65.28 V1 SAFEMOON Tokens in exchange for 0.06 V2 SAFEMOON Tokens. After the V2 Migration, Plaintiff held 305,726.47 V2 SAFEMOON Tokens.