| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| John Jasnoch, Esq., Bar #281605<br>Scott+Scott, Attorneys at Law, LLP<br>600 West Broadway, Suite 3300<br>San Diego, CA 92101<br>Telephone No: 619-233-4565  FAX No: 619-233-0508 | | | | |
| Attorney for: Plaintiff | | Ref. No. or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Central District Of California | | | | |
| Plaintiff: Kayla Blacksher, et al.<br>Defendant: SafeMoon LLC, et al. | | | | |
| **AFFIDAVIT OF SERVICE**<br>**Summons & Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>22CV01527ABMAR |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Securities Class Action Complaint; Civil Cover Sheet; Notice of Interested Parties; Declaration re Proper Venue; Notice of Assignment to US Judges; Notice ot Parties of Court-Directed ADR Program; Notice to Parties: Court Policy on Settlement and Use of A D R; Notice to Counsel re Consent to Proceed Before a U S Magistrate Judge; Standing Order

3. a. Party served: Thomas Smith

4. Address where the party was served: Conway, NH 03818

5. I served the party:
   b. by substituted service. On: Tue., Mar. 22, 2022 at: 4:42PM by leaving the copies with or in the presence of:
   Heather Cunningham, Co-Occupant / Cousin
   (2) (Home) Competent Member of the Household over 18. I informed him or her of the general nature of the papers.

7. Person Who Served Papers:
   a. Steve Byers
   b. Class Action Research & Litigation
      P O Box 740
      Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

Fee for Service:
I Declare under penalty of perjury under the laws of the State of NEW HAMPSHIRE that the foregoing is true and correct.

3-24-2022 (Date)  (Signature)

8. STATE OF NEW HAMPSHIRE, COUNTY OF BELKNAP

Subscribed and sworn to (or affirmed) before me on this 24th day of MARCH proved to me on the basis of satisfactory evidence to be the person who appeared before me.

AFFIDAVIT OF SERVICE
Summons & Complaint

(Notary Signature)

jojas.230970