| Attorney or Party without Attorney:<br>John Jasnoch, Esq., Bar #281605<br>Scott+Scott, Attorneys at Law, LLP<br>600 West Broadway, Suite 3300<br>San Diego, CA 92101<br>Telephone No: 619-233-4565  FAX No: 619-233-0508 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: 230969 | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Central District Of California | | | | |
| Plaintiff: Kayla Blacksher, et al. | | | | |
| Defendant: SafeMoon LLC, et al. | | | | |
| **AFFIDAVIT OF SERVICE**<br>**Summons & Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>22CV01527ABMAR |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Securities Class Action Complaint; Civil Cover Sheet; Notice of Interested Parties; Declaration re Proper Venue; Notice of Assignment to US Judges; Notice ot Parties of Court-Directed ADR Program; Notice to Parties: Court Policy on Settlement and Use of A D R; Notice to Counsel re Consent to Proceed Before a U S Magistrate Judge; Standing Order

3. a. Party served: Henry "Hank" Wyatt
   b. Person served: Henry Wyatt, Personally

4. Address where the party was served:
   Shippensburg, PA 17257

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Sun., Mar. 20, 2022 (2) at: 8:08AM

7. **Person Who Served Papers:**
   a. Richard Sonoski
   b. **Class Action Research & Litigation**
      P O Box 740
      Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

   *Fee for Service:*
   I Declare under penalty of perjury under the laws of the State of PENNSYLVANIA that the foregoing is true and correct.

   3-25-22             Richard Sonoski
   (Date)                  (Signature)

   BATTLEFIELD PROCESS SERVING
   PO BOX 4248
   GETTYSBURG PA 17325-4248

8. STATE OF PENNSYLVANIA, COUNTY OF ADAMS

   Subscribed and sworn to (or affirmed) before me on this 25 day of March, 2022 by Richard Sonoski proved to me on the basis of satisfactory evidence to be the person who appeared before me.

   Commonwealth of Pennsylvania - Notary Seal
   Bertil Danielson, Notary Public
   Adams County
   My commission expires May 04, 2022
   Commission number 1332556

   AFFIDAVIT OF SERVICE
   Summons & Complaint                                 (Notary Signature)

   jojas.230969