| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| ROCHE FREEDMAN LLP<br>Ivy T. Ngo (SBN 249860)<br>99 Park Avenue, 19th Floor<br>New York, NY 10016<br>Telephone: (646) 350-0527<br>Facsimile: (646) 392-8842<br>ingo@rochefreedman.com | |
| ATTORNEY(S) FOR: Lead Plaintiff Movant Christopher Rackauckas | |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| KAYLA BLACKSHER,<br><br>Plaintiff(s),<br>v.<br>SAFEMOON LLC, et al.<br><br>Defendant(s) | CASE NUMBER:<br>2:22-cv-01527-SVW-MRW<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |
|---|---|

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Lead Plaintiff Movant Christopher Rackauckas or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| Christopher Rackauckas | Lead Plaintiff Movant |

| May 10, 2022 | /s/ Ivy T. Ngo |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Lead Plaintiff Movant Christopher Rackauckas