John T. Jasnoch (CA 281605)
jjasnoch@scott-scott.com
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: 619-233-4565
Fax: 619-233-0508

*Attorney for Lead Plaintiff Movant*
*The Safemoon Investor Group*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL MEREWHUADER, CHRISTOPHER POLITE, and TIM VIANE, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>    v.<br><br>SAFEMOON LLC, SAFEMOON US, LLC, SAFEMOON CONNECT, LLC, SAFEMOON LTD, SAFEMOON PROTL LTD, SAFEMOON MEDIA GROUP LTD, BRADEN JOHN KARONY, JACK HAINES-DAIVE, RYAN ARRIAGA, SHAUN WITRIOL, HENRY "HANK" WYATT, JAKE PAUL, NICK CARTER, DeANDRE CORTEZ WAY, BENE PHILLIPS, and MILES PARKS McCOLLUM,<br><br>                    Defendants. | Case No. 2:22-cv-01108-SVW-MRW<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 7.1-1**<br><br><br><br><br><br><br><br><br><br><br><br><br><br>Judge: Stephen V. Wilson<br>Date:  June 13, 2022<br>Time:  1:30 p.m.<br>Courtroom 10A |

*Caption Continued on Following Page.*

KAYLA BLACKSHER, Individually and on Behalf of All Others Similarly Situated,

               Plaintiff,

     v.

SAFEMOON LLC, SAFEMOON US, LLC, SAFEMOON CONNECT, LLC, TANO LLC, SAFEMOON LTD, SAFEMOON PROTOCOL LTD, SAFEMOON MEDIA GROUP LTD, BRADEN JOHN KARONY, JACK HAINES-DAVIES, RYAN ARRIAGA, SHAUN WITRIOL, HENRY "HANK" WYATT, THOMAS SMITH, KYLE NAGY, JAKE PAUL, NICK CARTER, DeANDRE CORTEZ WAY, BEN PHILLIPS, MILES PARKS McCOLLUM, and DANIEL M. KEEM,

               Defendants.

Case No. 2:22-cv-01527-SVW-MAR

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 7.1-1
CASE NOS. 2:22-cv-01108-SVW-MRW; 2:22-CV-01527-SVW-MAR

1    The undersigned, counsel of record for Co-Lead Plaintiff Movants and

2    putative Class members Mark Combs, Benjamin Northey, and Vlad Iacob,

3    (collectively referred to as the "Safemoon Investor Group"), hereby certifies,

4    pursuant to Civil Local Rule 7.1-1 of the U.S. District Court for the Central District

5    of California ("Rule 7.1-1"), that as of this date, other than the named parties and

6    putative Class members, there is no pecuniary interest in the outcome of this case to

7    report, as described in Rule 7.1-1.

8    DATED: May 10, 2022          Respectfully submitted,

9                                 **SCOTT+SCOTT ATTORNEYS AT LAW LLP**

10                               *s/ John T. Jasnoch*
                                 John T. Jasnoch (CA 281605)
11                               jjasnoch@scott-scott.com
                                 600 W. Broadway, Suite 3300
12                               San Diego, CA 92101
                                 Telephone: (619) 233-4565
13                               Facsimile:  (619) 233-0508

14                               *Attorney for Lead Plaintiff Movant*
                                 *The Safemoon Investor Group*
15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT
TO LOCAL RULE 7.1-1
CASE NOS. 2:22-cv-01108-SVW-MRW; 2:22-CV-01527-SVW-MAR

1

## **<u>CERTIFICATE OF SERVICE</u>**

2        I hereby certify that on May 10, 2022, I electronically filed the foregoing with

3  the Clerk using CM/ECF, which will send notification via electronic means to all

4  counsel of record.

5  DATED: May 10, 2022           **SCOTT+SCOTT**

6                              **ATTORNEYS AT LAW LLP**

7                              *s/ John T. Jasnoch*

                                John T. Jasnoch

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT
TO LOCAL RULE 7.1-1
CASE NOS. 2:22-cv-01108-SVW-MRW; 2:22-CV-01527-SVW-MAR