MICHAEL DICKE (CSB No. 158187)
mdicke@fenwick.com
MARIE BAFUS (CSB No. 258417)
mbafus@fenwick.com
CLAIRE E. MENA (CSB. No. 339324)
cmena@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorneys for Defendant Kyle Nagy

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAYLA BLACKSHER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SAFEMOON LLC, SAFEMOON US LLC, SAFEMOON CONNECT, LLC, TANO LLC, SAFEMOON LTD, SAFEMOON PROTOCOL LTD, SAFEMOON MEDIA GROUP LTD, BRANDEN JOHN KARONY, JACK HAINES-DAVIES, RYAN ARRIAGA, SHAUN WITRIOL, HENRY "HANK" WYATT, THOMAS SMITH, KYLE NAGY, JAKE PAUL, NICK CARTER, DeAndre CORTEZ WAY, BEN PHILLIPS, MILES PARKS McCOLLUM, and DANIEL M. KEEM,<br><br>Defendants. | Case No.: 2:22-cv-001527-SVW-MRW<br><br>**DEFENDANT KYLE NAGY'S REQUEST FOR A ZOOM APPEARANCE AT HEARING ON MOTIONS FOR CONSOLIDATION OF RELATED ACTION, APPOINTMENT OF LEAD PLAINTIFF, AND APPOINTMENT OF LEAD COUNSEL**<br><br>Date: June 13, 2022<br>Time: 1:30 P.M.<br>Courtroom: 10A |

Pursuant to the Honorable Stephen V. Wilson's procedures, Defendant Kyle Nagy, through undersigned counsel of record, hereby requests to attend the hearing on the motions for consolidation of related actions, appointment of lead plaintiff, and appointment of lead counsel [*see* Dkt. Nos. 38, 41] on June 13, 2022 via Zoom.

Dated: June 6, 2022         FENWICK & WEST LLP

By: */s/Claire E. Mena*
Claire E. Mena

FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:    415.875.2300
Facsimile:    415.281.1350

Attorneys for Defendant Kyle Nagy