Shaun Witriol
11076 Jericho Way
San Diego, CA 92129
Telephone: (443) 286-4539
Defendant
*Pro Se*

FILED
CLERK, U.S. DISTRICT COURT
June 10, 2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ____PMC____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAYLA BLACKSHER, Individually, and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> SAFEMOON LLC, SAFEMOON US, LLC, SAFEMOON CONNECT, LLC, TANO LLC, SAFEMOON LTD, SAFEMOON PROTOCOL LTD, SAFEMOON MEDIA GROUP LTD BRADEN JOHN KARONY, JACK HAINES-DAVIES, RYAN ARRIAGA, SHAUN WITRIOL, HENRY "HANK" WYATT, JAKE PAUL, NICK CARTER, DeANDRE CORTEZ WAY, BEN PHILLIPS, MILES PARKS McCOLLUM, and DANIEL M. KEEM <br><br> Defendants. | Case No. 2:22-cv-01527-SRV-MRW <br><br> **SHAUN WITRIOL'S REQUEST FOR A ZOOM APPEARANCE FOR HEARING ON MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT OF LEAD PLAINTIFF AND APPOINTMENT OF LEAD COUNSEL** <br><br> Date:  June 13, 2022 <br> Time:  1:30 p.m. <br> Courtroom:  10A |

1

1  Pursuant to this Court's procedures and requirements, Defendant Shaun Witriol hereby requests permission to appear at the hearing on June 13, 2022, via the Court's Zoom video conference interface.

DATED: June 10, 2022                    */s/ Shaun Witriol*
                                         Shaun Witriol, Defendant
                                         11076 Jericho Way
                                         San Diego, CA 921239
                                         Telephone: (443) 286-4539

2

---

*SHAUN WITRIOL'S REQUEST FOR A ZOOM APPEARANCE FOR HEARING ON MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT OF LEAD PLAINTIFF, AND APPOINTMENT OF LEAD COUNSEL*
*Case No. 2:22-cv-01527-SVW-MRW*

1  Shaun Witriol
2  11076 Jericho Way
   San Diego, CA 92129
3  Telephone: (443) 286-4539
   Defendant
4  *Pro Se*

5

6               **UNITED STATES DISTRICT COURT**

7               **CENTRAL DISTRICT OF CALIFORNIA**

8

| KAYLA BLACKSHER, Individually, and on Behalf of All Others Similarly Situated, | Case No. 2:22-cv-01527-SRV-MRW |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER RE SHAUN WITRIOL'S REQUEST FOR A ZOOM APPEARANCE** |
| v. | |
| SAFEMOON LLC, SAFEMOON US, LLC, SAFEMOON CONNECT, LLC, TANO LLC, SAFEMOON LTD, SAFEMOON PROTOCOL LTD, SAFEMOON MEDIA GROUP LTD BRADEN JOHN KARONY, JACK HAINES-DAVIES, RYAN ARRIAGA, SHAUN WITRIOL, HENRY "HANK" WYATT, JAKE PAUL, NICK CARTER, DeANDRE CORTEZ WAY, BEN PHILLIPS, MILES PARKS McCOLLUM, and DANIEL M. KEEM | Date:         June 13, 2022<br>Time:         1:30 p.m.<br>Courtroom:   10A |
| Defendants. | |

1

*[PROPOSED ORDER RE SHAUN WITRIOL'S REQUEST FOR A ZOOM APPEARANCE*
*Case No. 2:22-cv-01527-SVM-MRW*

**[PROPOSED] ORDER**

Shaun Witriol's timely request for a zoom appearance for the hearing now scheduled in Courtroom 10A, on June 13, 2022, at 1:30 p.m. in the instant matter is hereby GRANTED.

**IT IS SO ORDERED**

DATED: _____, 2022        _____
                                     HONORABLE STEPHAN V. WILSON
                                     UNITED STATES DISTRICT JUDGE